# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LISA DOMSKI, | |
| Plaintiff, | Case No. 2:23-cv-12023 |
| v. | Hon. David M. Lawson |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | Mag. Elizabeth A. Stafford |
| Defendant. | |

| | |
|---|---|
| JASMINE SMITH, | Case No. 2:23-cv-11977 |
| Plaintiff, | Hon. David M. Lawson |
| v. | Mag. Elizabeth A. Stafford |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## STIPULATED MOTION TO MODIFY DATES IN CASE MANAGEMENT AND SCHEDULING ORDERS

Plaintiffs Lisa Domski and Jasmine Smith and Defendant Blue Cross Blue Shield of Michigan ("Defendant"), through their respective counsel of record, hereby stipulate and, respectfully, move the Court to modify the dates in the current Case Management and Scheduling Orders for the following reasons:

1. On July 28, 2023, the Court in *Emerson v. Blue Cross Blue Shield of Michigan*, Case No. 2:22-cv-12576, entered an Order Regarding Consolidation and Related Matters, which consolidated over 100 similar, COVID-19 vaccine-related cases for purposes of discovery.

2. On October 10, 2023, this Court ordered that the two above-captioned cases were consolidated with *Emerson* for purposes of discovery only.

3. On October 10, 2023, this Court also entered a Case Management and Scheduling Order in each of the above-captioned cases, and the dates in those Case Management and Scheduling Orders contemplated the completion of discovery by January 31, 2024.

4. On December 12, 2023, the parties through their counsel requested a status conference with the Court in *Emerson* to discuss the Order Regarding Consolidation and Related Matters, and in particular the January 31, 2024 discovery deadline.

5. On December 20, 2023, the Court in *Emerson* held a status conference via ZOOM, during which the parties' counsel clarified their understanding that the January 31, 2024 discovery deadline: (i) applies to the parties making their best efforts to complete their production of documents relative to the parties' template discovery requests; and (ii) does not apply to *all* discovery.

6. During the December 20, 2023 status conference, the parties also confirmed that they will be providing to the *Emerson* Court not later than February 29, 2024, joint proposed party groupings for purposes of conducting settlement conferences.

7. Relative to any cases that do not settle during the above-referenced settlement conferences, the parties informed the *Emerson* Court that they agree that additional discovery will be needed (which will in large part be dependent upon the number of cases that remain after the settlement conferences).

8. The parties and *Emerson* Court further agreed to a "placeholder" discovery deadline of September 30, 2024, which the parties will revisit upon conclusion of the above-referenced settlement conferences.

9. Good cause exists to extend the dates in the current Case Management and Scheduling Orders because the parties in the two above-captioned cases desire to participate in the settlement conferences and complete discovery on the same timeline as the 100-plus other vaccine-related cases, and thus request that this Court modify the current Case Management and Scheduling Orders to reflect same.

10. Specifically, the parties request that this Court modify the discovery cutoff, which is currently set to close on January 31, 2024, to now conclude on September 30, 2024, and that the parties be permitted to revisit that date with the Court upon conclusion of the above-referenced settlement conferences.

11. The parties further request that the following dates in the Case Management And Scheduling Orders be amended as provided below:

| Order | Prior Date | Amended and Operative Date |
|---|---|---|
| **Initial Disclosures Exchanged By:** | **October 21, 2023** | No Change. |
| **Expert Disclosure, plaintiff:** | **December 7, 2023** | No Change. |
| **Expert Disclosure, defendant:** | **January 8, 2024** | No Change. |
| **Pretrial Disclosures (Rule26(a)(3)):** | **August 12, 2024** | May 12, 2025 |
| **Discovery Cutoff** | **January 31, 2024** | September 30, 2024 |
| **Interim Status Conference:** | **January 17, 2024 at 3:30 p.m.** | No Change. |
| **Motions Challenging Experts Filed By:** | **February 19, 2024** | November 19, 2024 |
| **Dispositive Motions Filed By:** | **February 19, 2024** | November 19, 2024 |
| **Motions *in limine* Filed By:** | **September 10, 2024** | June 10, 2025 |
| **Final Pretrial Order Due:** | **October 8, 2024** | July 8, 2025 |
| **Final Pretrial Conference:** | **October 15, 2024 at 3:00 p.m.** | Court to Determine |
| **Trial Date:** | **October 29, 2024 at 8:30 a.m.** | Court to Determine |
|  |  |  |

12. The parties stipulate to the relief requested.

4

Respectfully submitted,

By: */s/ Nolan J. Moody*
Scott R. Knapp (P61041)
Brandon C. Hubbard (P71085)
Nolan J. Moody (P77959)
Angelina R. Delmastro (P81712)
Maureen J. Moody (P85032)
Grant W. Hohlbein (P86319)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI  48933
(517) 371-1730
sknapp@dickinsonwright.com
bhubbard@dickinsonwright.com
nmoody@dickinsonwright.com
adelmastro@dickinsonwright.com
mmoody@dickinsonwright.com
ghohlbein@dickinsonwright.com

*Attorneys for Defendants*

*/s/ Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
340 Beakes St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
Noah@hurwitzlaw.com

*Attorney for Plaintiffs*

Dated:  January 3, 2024

5