# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LISA DOMSKI,

    Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

    Defendant.

Case No. 2:23-cv-12023

Hon. David M. Lawson

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>340 Beakes St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br><br>Jonathan R. Marko (P72450)<br>MARKO LAW, PLLC<br>*Attorneys for Plaintiff*<br>220 W. Congress, Fourth Floor<br>Detroit, MI 48226<br>(313) 777-7529<br>jon@markolaw.com | Scott R. Knapp (P61041)<br>Brandon C. Hubbard (P71085)<br>Nolan J. Moody (P77959)<br>Maureen J. Moody (P85032)<br>Davina A. Bridges (P85597)<br>DICKINSON WRIGHT PLLC<br>Attorneys for Defendant<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>sknapp@dickinsonwright.com<br>bhubbard@dickinsonwright.com<br>nmoody@dickinsonwright.com<br>mmoody@dickinsonwright.com<br>dbridges@dickinsonwright.com |

## **PLAINTIFF'S FIRST AMENDED LAY AND EXPERT WITNESS LIST**

Plaintiff LISA DOMSKI ("Plaintiff"), by and through her attorneys, HURWITZ LAW PLLC, submits the following as her First Amended Witness List:

    1.    Lisa Domski, Plaintiff

    2.    Rev. Canon Walter J. Ptak.

3. Dennis McDermott.

4. Marilyn Nance.

5. Jill Fortener.

6. Dawn Rodriguez.

7. Daniel J. Loepp

8. Bart Feinbaum

9. Jeffery Walters

10. Bruce Henderson

11. Tammy Dial

12. Richard Dial

13. Gerald A. Shiener, M.D.
    251 Merrill, Birmingham, MI 48009
    Dr. Shiener will provide expert testimony related to Claimant's psychological damages.

14. Jeffrey Bagalis, CPA/ABV, CFF
    Accurity Group – 101 W. Big Beaver, Suite 1400, Troy, MI
    Mr. Bagalis will provide expert testimony related to Claimant's economic damages.

15. Alyse Domski.

16. Larry Domski.

17. Tracy Glass.

18. Crystal Sesi.

19. Mark Keller.

20. Father Tony Richter.

21. Former employees who were granted COVID-19 accommodation requests.

22. Former employees who were denied COVID-19 accommodation requests.

23. All individuals who can attest to Plaintiff's spirituality.

24. Any witness identified on Defendant's Witness List.

25. Any necessary rebuttal or impeachment witnesses.

26. All persons named in the pleadings or discovery responses.

27. All keepers of records or other witnesses necessary to lay proper foundation for any exhibit.

28. Plaintiff may call as a witness any individual concerned with any documentary evidence admitted at trial, such as individual(s) authoring the document, the person(s) to whom the document was addressed, the recipient(s) of the document, the person(s) referred to in the document, and the like.

29. Plaintiff reserves the right to identify an expert to rebut expert opinions offered by Defendant, if any.

30. Plaintiff reserves the right to amend and supplement the Witness List.

By submitting this Witness List, Plaintiff does not waive any objections to the admissibility of the testimony of these witnesses. Instead, this list is submitted indicating potential witnesses Plaintiff may produce.

        Respectfully submitted,

        HURWITZ LAW PLLC

        */s/ Noah S. Hurwitz*
        Noah S. Hurwitz (P74063)
        *Attorney for Plaintiff*
        340 Beakes St., Ste. 125
        Ann Arbor, MI 48104
        (844) 487-9489

Dated: August 2, 2024

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 2, 2024, the foregoing Witness List was served upon Defendant's counsel-of-record via ECF.

*/s/ Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
