# Ex. 3

# History of Stem Cell Use

Until recently, scientists primarily worked with two kinds of stem cells from animals and humans: embryonic stem cells and non-embryonic "somatic" or "adult" stem cells.

Scientists discovered ways to derive embryonic stem cells from early mouse embryos nearly 30 years ago, in 1981.

The detailed study of the biology of mouse stem cells led to the discovery, in 1998, of a method to derive stem cells from human embryos and grow the cells in the laboratory. These cells are called human embryonic stem cells. The embryos used in these studies were created for reproductive purposes through in vitro fertilization procedures. When they were no longer needed for that purpose, they were donated for research with the informed consent of the donor.

In 2006, researchers made another breakthrough by identifying conditions that would allow some specialized adult cells to be "reprogrammed" genetically to assume a stem cell-like state. This new type of stem cell is now known as induced pluripotent stem cells (iPSCs).

By continuing to browse our website, you agree to the storing of first- and third-party cookies and related technologies on your device to enhance site access and navigation, analyze site usage, authenticate users, facilitate transactions, and assist in our marketing efforts. Please read our privacy notice (https://www.unmc.edu/hipaa/about/notice-privacy-practices.html#website) to learn more.

Accept