# Ex. 8

   **Help**

# Catechism of the Catholic Church

*IntraText - Text*

- PART THREE: LIFE IN CHRIST
    - SECTION ONE MAN'S VOCATION LIFE IN THE SPIRIT
        - CHAPTER ONE THE DIGNITY OF THE HUMAN PERSON
            - Article 6 MORAL CONSCIENCE
                - III. To Choose in Accord With Conscience

**Previous** - **Next**

## III. To Choose in Accord With Conscience

1786 Faced with a moral choice, conscience can make either a right judgment in accordance with reason and the divine law or, on the contrary, an erroneous judgment that departs from them.

1787 Man is sometimes confronted by situations that make moral judgments less assured and decision difficult. But he must always seriously seek what is right and good and discern the will of God expressed in divine law.

1788 To this purpose, man strives to interpret the data of experience and the signs of the times assisted by the virtue of prudence, by the advice of competent people, and by the help of the Holy Spirit and his gifts.

1789 Some rules apply in every case:
- One may never do evil so that good may result from it;
- the Golden Rule: "Whatever you wish that men would do to you, do so to them."[56]
- charity always proceeds by way of respect for one's neighbor and his conscience: "Thus sinning against your brethren and wounding their conscience . . . you sin against Christ."[57] Therefore "it is right not to . . . do anything that makes your brother stumble."[58]

---

[56] Mt 7:12; cf. Lk 6:31; Tob 4:15.

[57] 1 Cor 8:12.

[58] Rom 14:21.

**Previous** - **Next**

Copyright © Libreria Editrice Vaticana