# Ex. 11

# USCCB Prayers

GENERAL

# Letters to Pharmaceutical Companies



Topic

- Vaccines

Office/Committee

- Pro-Life Activities

Year Published

- 2021

Language

- English

In the documents listed here, the Vatican urges everyone concerned for the sanctity of life to protest the use of abortion-derived cell lines and advocate for the development of vaccines with no connection to abortion. To make it easier to take this action, we provide the following sample letters to pharmaceutical companies that are using abortion-derived cell lines to produce and/or test vaccines.

Letter to Moderna
Letter to Moderna PDF
Letter to Pfizer
Letter to Pfizer PDF
Letter to GSK
Letter to GSK PDF

Letter to Merck

Letter to Merck PDF

Letter to Sanofi Pasteur

Letter to Sanofi Pasteur PDF

Letter to AstraZeneca

Letter to AstraZeneca PDF

Letter to Johnson & Johnson

Letter to Johnson & Johnson PDF

AstraZeneca
Ruud Dobber, Ph.D, Exec. VP
President, BioPharmaceuticals Business Unit
1 Medimmune Way
Gaithersburg, MD 20878

Dear Dr. Dobber:

I write to thank AstraZeneca for working to make its lifesaving COVID-19 vaccine available to the public. It is my understanding, however, that AstraZeneca uses a cell line derived from an aborted baby to manufacture its vaccine. I am respectfully urging AstraZeneca to stop relying on such cell lines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products. If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of AstraZeneca's vaccine.

It is my understanding that alternative, non-abortion-derived cell sources are available or could be made available. Had AstraZeneca instead chosen to use a cell line with no connection to abortion, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at AstraZeneca, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products. This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable. Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

DATE

Patrick Desbiens Senior Vice President
GSK US Vaccines
5 Crescent Drive
Philadelphia, PA 19112

Dear Mr. Desbiens,

I write to thank you and your colleagues at GlaxoSmithKline for the development of your shingles vaccine, Shingrix, without using cell lines derived from elective abortions.  It is my understanding, however, that GSK uses abortion-derived cell lines to manufacture its Hepatitis-A, Twinrix, and Ebola vaccines.  I am respectfully urging GSK to stop relying on such cell lines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products.   If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of GSK's vaccines that use abortion-derived cell lines.

It is my understanding that alternative, non-abortion-derived cell sources are available or could be made available.  Had GSK instead chosen to use a cell line with no connection to abortion for some of its vaccines, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at GSK, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products.  This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable.  Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

Johnson & Johnson
Jennifer Taubert, Worldwide Chair, Exec VP Pharmaceuticals
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

Dear Ms. Taubert:

I write to thank Johnson & Johnson for working to make its lifesaving COVID-19 vaccine available to the public. It is my understanding, however, that Johnson & Johnson uses a cell line derived from an aborted baby to manufacture its vaccine. I am respectfully urging Johnson & Johnson to stop relying on such cell lines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products. If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of Johnson & Johnson's vaccine.

It is my understanding that alternative, non-abortion-derived cell sources are available or could be made available. Had Johnson & Johnson instead chosen to use a cell line with no connection to abortion, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at Johnson & Johnson, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products. This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable. Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

DATE

Ken Frazier, CEO
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ 08889-0100

Dear Mr. Frazier,

I write to urge you and your colleagues at Merck to discontinue using cell lines derived from elective abortions in the manufacture of your MMR, Chickenpox, and Hepatitis-A vaccines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products. If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of Merck's vaccines that use abortion-derived cell lines.

It is my understanding that alternative, non-abortion-derived cell sources are available or could be made available. Had Merck instead chosen to use a cell line with no connection to abortion for some of its vaccines, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at Merck, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products. This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable. Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

Date

Tal Zaks, M.D., Ph.D.
Chief Medical Officer
Moderna, Inc.
Global Headquarters
200 Technology Square
Cambridge, MA 02139

Dear Dr. Zaks:

I write to thank Moderna for making its lifesaving COVID-19 vaccine available to the public. It is my understanding, however, that in testing this vaccine, Moderna made use of a cell line derived from an aborted baby. I am respectfully urging Moderna to stop relying on such cell lines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products. If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of Moderna's vaccine.

While Moderna tested the current vaccine using abortion-derived cell lines, it is my understanding that alternative, non-abortion-derived cell sources are available or could be made available. Had Moderna instead chosen to use a cell line with no connection to abortion, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at Moderna, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products. This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable. Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

DATE

Mikael Dolsten, M.D., Ph.D.
Chief Scientific Officer & President, Worldwide Research, Development & Medical
Pfizer, Inc.
235 East 42nd Street
New York, NY 10017

Dear Dr. Dolsten:

I write to thank Pfizer for making its lifesaving COVID-19 vaccine available to the public. It is my understanding, however, that in testing this vaccine, Pfizer made use of a cell line derived from an aborted baby. I am respectfully urging Pfizer to stop relying on such cell lines.

Please understand that as one of your potential customers, I believe it is immoral to use abortion-derived tissues and/or cell lines in the production, testing or manufacture of vaccines and other pharmaceutical products. If I have the opportunity to receive an alternative vaccine that has no connection to abortion, I will choose that vaccine instead of Pfizer's vaccine.

While Pfizer tested the current vaccine using abortion-derived cell lines, it is my understanding that alternative, non-abortion-derived cell sources are available or could be made available. Had Pfizer instead chosen to use a cell line with no connection to abortion, it would have eliminated a significant moral dilemma now faced by substantial numbers of people.

As research and testing continue at Pfizer, I respectfully but strongly urge you to take note of my objections and discontinue the use of abortion-derived cell lines in the development and testing of your products. This is an issue of emerging importance and one about which persons of faith are becoming increasingly knowledgeable. Now and in the future, I will continue to seek out and support those pharmaceutical companies that avoid the use of abortion-derived cell lines.

Sincerely,

DATE

Dr. John Shiver, Global Head of R&D
Sanofi Pasteur
1 Discovery Drive
Swiftwater, PA  18370

Dear Dr. Shiver:

I write to thank you and Sanofi Pasteur for three recent developments related to vaccines. The first is the discontinuing of Poliovax which used the aborted fetal cell line MRC-5. The second is the change to ethical Vero cells in the production of Pentacel and Quadracel. The third is Sanofi-Pasteur's ongoing effort to develop a vaccine for COVID-19 that also does not rely on cell lines linked to elective abortion.

As you are probably aware, many Catholics and other people working in the health care field have a moral objection to using vaccines or medicines produced from cell lines linked to abortion. Many parents also share this objection. The updated versions of Pentacel and Quadracel vaccines, and hopefully your new COVID-19 vaccine, will go a long way toward alleviating our ethical concerns. We hope that our efforts to share the good news about these new vaccines will provide Sanofi Pasteur with further incentive to replace its Avaxim, Vivaxim, and Imovax vaccines—which rely on MRC-5—with new options that are ethically developed and produced. Doing so will not only help to overcome errors of the past, it will also allow Sanofi Pasteur to build upon the good will it is presently cultivating. Because of your efforts, thousands of people will now have no ethical objection to receiving Pentacel and Quadracel and hopefully they will also have an ethically produced COVID-19 vaccine.

In closing, I appreciate the significant investment of human effort, resources, and capital that are required to assure ethical and effective vaccine development. I am grateful that Sanofi-Pasteur is committed to this vital and important undertaking. I commend you for your efforts and support you in your ongoing work.

Sincerely,