# Ex. 13

  

# Frequently Asked Questions

## General

Is TYLENOL® safe?

What is the active ingredient in TYLENOL®?

How does TYLENOL® work?

Is there a Children's TYLENOL® shortage?

Can I use "adult" TYLENOL® for my child as an alternative to Children's TYLENOL®?

What is the definition of a fever?

What is acetaminophen?

What is Dextromethorphan HBR?

How does phenylephrine work?

What is guaifenesin?

Does TYLENOL® contain aspirin?

Does TYLENOL® contain caffeine?

Privacy - Terms

Should I take TYLENOL® with or without food?  +

What is the difference between TYLENOL® Cold & Flu Severe products and TYLENOL® Cold Multi-Symptom products?  +

How are caplets, gelcaps, and geltabs different?  +

How is TYLENOL® different from other brands of pain reliever?  +

Does TYLENOL® use fetal cell lines during production?  —

Our TYLENOL® (acetaminophen) products are made with effective ingredients that are safe when used as directed. Human embryonic cells (fetal cells) are not involved in the production of these products.

## Children's TYLENOL® Chewables FAQ  ⌄

## TYLENOL® Extra Strength Coated Tabs FAQ  ⌄

## Safety + Dosing  ⌄

## Symptoms + Conditions  ⌄

## Pregnancy + Children  ⌄

**BACK TO TOP** ∧

## Email Signup & Rewards

Want to receive tips, personalized content and exclusive offers from TYLENOL®?

[ First Name* ]

[ Email* ]

☐ I am a resident of Nevada or Washington state

The information you submit will be governed by our **Privacy Policy** and you agree to the **Financial Incentive Notice.**

**SUBMIT**

## Product Information

WHERE TO BUY

MONEY BACK GUARANTEE

COUPONS + SAVINGS

FAQs

## Company Information

ABOUT US

CONTACT US

FOR PROFESSIONALS

CANADA

# Legal Information

LEGAL NOTICE

PRIVACY POLICY

COOKIE POLICY

CUSTOMIZE COOKIE SETTINGS

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

SITE MAP

AD CHOICES

© Johnson & Johnson Consumer Inc. 2024. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This website is intended for visitors from the United States. The third-party trademarks used herein are trademarks of their respective owners.