# Ex. 14

| | Health |
|---|---|

| CNN Europe | CNN Asia | Languages | On CNN TV | Transcripts | Headline News | CNN International | About CNN.com | Preferences |

Home Page
World
U.S.
Weather
Business
Sports
Politics
Law
Technology
Science & Space
Health
Entertainment
Travel
Education
Special Reports
SERVICES
    Video
    E-mail Newsletters
    CNNtoGO
SEARCH
Web ⦿ CNN.com ○
[Search]  powered

# FDA sends Claritin over the counter

## Popular allergy medicine to be available without prescription

Wednesday, November 27, 2002 Posted: 2:22 PM EST (1922 GMT)



WASHINGTON (CNN) -- Claritin, the nation's top-selling allergy drug, will soon be available on U.S. store shelves at a cost that could be below what some Americans are now paying for prescriptions of the drug, even when insurance picks most of the cost.

Claritin, a non-sedating antihistamine made by the pharmaceutical company Schering-Plough, was approved for over-the-counter use by the Food and Drug Administration Wednesday.

Story Tools

The drug does not cause drowsiness like some over-the-counter antihistamines and is already approved for over-the-counter allergy relief and hives in 33 countries, including Canada and Britain.

In Canada, consumers pay about $11 for a month's supply, compared to the average $17-a-month co-payment for U.S. patients with insurance coverage. Without insurance, a month's prescription costs about $60 in the United States.

"By making it easier to get this widely-used drug, today's action will enable many people to get less-sedating, effective relief for their allergy symptoms more quickly and at a lower cost," said Dr. Mark B. McClellan, FDA commissioner. "This approval reflects FDA's commitment to bringing prescription drugs to the over-the-counter market when they can be safely used without a prescription."

Claritin has been available by prescription in the United States since 1993. It is sold in five formulas -- tablets, syrup, redi-tabs (quick dissolving tablets) and 12- and 24-hour Claritin-D, which has a decongestant added. So far this year, the Claritin products have netted $1.5 billion in sales in the United States.

Claritin's road to over-the-counter status has not been without bumps. In an unprecedented move to cut prescription drug costs, WellPointe HealthWorks in California petitioned the FDA last year to force the

makers of the three popular antihistamines -- Claritin, Allegra and Zyrtec -- to make their allergy medications available over the counter. Action on Allegra and Zyrtec is still pending.

Originally against the idea, Schering-Plough announced in March that it would make Claritin available for treatment of seasonal allergies without prescription.

The company's decision was probably influenced by the fact that the drug's patent is set to expire, opening the drug to generic competition. U.S. marketing exclusivity ends in December.

Story Tools



Top Stories
Candy makers target fitness market

• Schiavo's parents not swayed by autopsy
• FDA panel OKs drug aimed at blacks
• **CNN/Money:** Antipsyschotic probed for tumor link

Top Stories
**CNN/Money:** Security alert issued for 40 million credit cards

• Bin Laden deputy sends message
• U.S. House votes to keep U.N. dues
• Iran poll to go to run-off

SEARCH CNN.COM:

© 2004 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

external   All external sites will open in a new browser. CNN.com does not endorse external sites.