# Ex. 16




# Motrin and Ibuprofen FAQs

## General

| What is ibuprofen? | + |

| Who can use ibuprofen? | + |

| What's the difference between MOTRIN® and TYLENOL®? | + |

| Is there a Children's MOTRIN® shortage? | + |

| Can I use "adult" MOTRIN for my child as an alternative to Children's MOTRIN®? | + |

**GENERAL**   MOTRIN® IB   MOTRIN® PM   CHILDREN'S MOTRIN®   INFANTS' MOTRIN®

What should I do if I think I've taken too much of a MOTRIN® product?

What Is MOTRIN®?

Does MOTRIN® use fetal cell lines during production?

MOTRIN® Sponsorships

Our MOTRIN® (ibuprofen) products are made with effective ingredients that are safe when used as directed. Human e
not involved in the production of these products.

Contact Us

| Questions or Comments? | + |

## MOTRIN® IB

| Has MOTRIN® IB always been available over-the-counter? | + |

| What can MOTRIN® IB be used for? | + |

| What's the active ingredient in MOTRIN® IB? | + |

| Can I take MOTRIN® IB if I'm pregnant? | + |

| What dose of MOTRIN® IB should I take? | |

| Do I need to take MOTRIN® IB on a full stomach? | + |

Are there any side effects associated with MOTRIN® IB?	+

Where can I find MOTRIN® IB products?	+

How should I store MOTRIN® IB?	+

Questions or Comments?	+

# MOTRIN® PM

What can MOTRIN® PM be used for?	+

What is diphenhydramine citrate?	+

Is MOTRIN® PM habit-forming?	+

If I wake up in the middle of the night, can I take more MOTRIN® PM?	+

Can I drink alcohol and take MOTRIN® PM?	+

Are there any side effects associated with MOTRIN® PM?	+

What's the difference between MOTRIN® PM and TYLENOL® PM?	+

Where can I find MOTRIN® PM?	+

How should I store MOTRIN® PM?	+

Questions or Comments?	+

# Children's MOTRIN®

How long has Children's MOTRIN® been available?	+

What can Children's MOTRIN® be used for?	+

What's the active ingredient in Children's MOTRIN®?	+

How much should I give my child?	+



Where can I find Children's MOTRIN® products? +

Questions or Comments? +

## Infants' MOTRIN®

What can Infants' MOTRIN® be used for? +

What's the active ingredient in Infants' MOTRIN®? +

How much should I give my child? +

Are there any side effects associated with Infants' MOTRIN®? +

Where can I find Infants' MOTRIN® products? +

Questions or Comments? +

## ✉ Email Us

We love to hear from our consumers. This page is intended for comments, questions, and feedback about our products. Please note: our response time to emails is typically between 48-72 hours.

**EMAIL US**

## 📞 Call Us

For an immediate response or to report an adverse event or a side effect from our products, please call us at **1-877-895-3665** M-F 9-5:30 ET. For all other comments, questions, and feedback about our products, please email us. Please note: our response time to emails is typically between 48-72 hours.

**1-877-895-3665**

## Email Signup & Rewards

Want to receive tips, personalized content and exclusive offers from MOTRIN®? Sign up today!

First Name

Email

☐ I am a resident of Nevada or Washington state.



**SUBMIT**

## Products

ALL PRODUCTS

WHERE TO BUY

COUPONS + SAVINGS

FAQs

## Company

ABOUT US

CONTACT US

SITEMAP

CANADA

## Legal

LEGAL NOTICE

PRIVACY POLICY

COOKIE POLICY

COOKIES SETTINGS

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

ADCHOICES

USA

©Johnson & Johnson Consumer Inc. 2023. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This website is intended for visitors from the United States. The third-party trademarks used herein are trademarks of their respective owners.