# Ex. 17




# SUDAFED® FREQUENTLY ASKED QUESTIONS

Where to Buy

Have questions about SUDAFED®? We're always happy to help answer them. If you can't find the answer you're looking for here, then feel free to contact us.

### What is "SUDAFED PE®"?

### How does "SUDAFED PE®" work?

### How does pseudoephedrine work in SUDAFED® "PSE" products?

### Why do I need to sign my name when I buy pseudoephedrine products behind the counter?

### Why can't I use SUDAFED® and SUDAFED PE® if I have high blood pressure or heart disease?

### Can I crush my SUDAFED® product?

### Can I take SUDAFED® or SUDAFED PE® with other medications?

### Does SUDAFED® use fetal cell lines during production?

Our SUDAFED® products are made with effective ingredients that are safe when used as directed. Human embryonic cells (fetal cells) are not involved in the production of these products.

Read Our Mission    Medicine Disposal    Privacy Policy    Cookie Policy

**Do Not Sell or Share My Personal Information**

[Limit the Use of My Sensitive Personal Information](#)    [Legal Notice](#)    [Sitemap](#)    [Contact Us](#)

[Coupon & Offers](#)    [AdChoices](#)    Cookies Settings

©Johnson & Johnson Consumer Inc. 2023. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This website is intended for visitors from the United States. The third-party trademarks used herein are trademarks of their respective owners.

Where to Buy