# Ex. 18

**PRODUCTS** | **SYMPTOMS** | **VIDEOS** | **COUPONS** | **FAQS**

Home / Faq / The history of pepto-bismol

# The History of Pepto-Bismol

## Over 100 Years of Pepto History

Pepto-Bismol provides effective relief of multiple stomach symptoms. Available in liquid, chewable tablets, and swallowable caplets, Pepto-Bismol treats diarrhea and provides fast relief of upset stomach, nausea, heartburn, and indigestion due to overindulgence in food and drink.

**Cookie Preferences**

CONTACT US



**PRODUCTS** | **SYMPTOMS** | **VIDEOS** | **COUPONS** | **FAQS**

## 12-oz. Pepto-Bismol.
### It outsells every breath freshener.
### Every nose drop.
### Every adhesive tape
### and lipstick.
### Every surgical dressing,
### face lotion, hand
### cream. Cotton ball,
### nail polish remover,
### permanent wave kit,
### sanitary belt/pant,
### talcum powder,
### and tension reliever.
### In fact, it outsells 94%
### of all H&BA items.*



**The point is:** 12-ounce Pepto-Bismol belongs
on your shelf. Place your order before October 30, 1971,
to earn better-than-ever advertising/promotional
allowances and to capitalize on Pepto-Bismol's
peak fall/winter selling period.
Norwich Products Division, The Norwich Pharmacal Company.

*SOURCE: Towne-Oller & Associates Sequential Report, June 1971.

**B&B**
Prepared by Benton & Bowles, Inc.
Job No. NPB -N 427
Super Market News      1971



| PRODUCTS | SYMPTOMS | VIDEOS | COUPONS | FAQS |
|---|---|---|---|---|

proved effective against these symptoms. The formula (which was different from today's) was made from pepsin, zinc salts, salol, and oil of wintergreen, along with a colorant to make it pink, and he called it Mixture Cholera Infantum. (Researchers would later learn that this illness was caused by a bacterial infection, treatable with antibiotics.)

CONTACT US



**PRODUCTS**   **SYMPTOMS**   **VIDEOS**   **COUPONS**   **FAQS**



Today, we think of how Pepto-Bismol soothes the digestive system after we've overindulged at a meal. Or, we think of it as a travel companion that can help soothe stomach upsets associated with traveler's diarrhea. But in its early days, a different form of Pepto-Bismol did more than comfort; it actually helped treat symptoms of a more serious illness.



CONTACT US

| PRODUCTS | SYMPTOMS | VIDEOS | COUPONS | FAQS |



over-drank

*but he was* **OK** *next morning!*

A too-hearty meal...and all that goes with it. Then the misery of stomach distress...gas pains, sour, acid indigestion, upset stomach and diarrhea. *And tomorrow he must preside at an important business meeting!*



*Here he is*—perfectly normal again, full of pep and master of the situation. *Pepto-Bismol did it . . .* helped bring his stomach back to normal *the natural way.*

**Never upset an upset stomach** with over-doses of bicarbonate, harsh physics and purges. The proper way to treat an upset stomach is to soothe and quiet it. That's what Pepto-Bismol does. It contains *Pepsin,* the well-known aid to digestion. It contains *Bismuth,* soothing to irritated intestinal walls. Pepto-Bismol helps the stomach get back to normal quickly and naturally. Decidedly pleasant to the taste. At your druggist's...50¢ in the distinctive three-cornered bottle. *Made by the makers of Unguentine.*







**PRODUCTS**   **SYMPTOMS**   **VIDEOS**   **COUPONS**   **FAQS**

The invention of what we now know as Pepto-Bismol coincided with other health advances, such as milk pasteurization and public campaigns advocating hand washing.

*Art of Pepto*
*Lawrence C. Gumbinner Advertising Agency*

The early success of Pepto-Bismol presented a production crisis for its inventor, who couldn't make enough product in his home to satisfy demand. He brought his formula to what was then called the Norwich Pharmacal Company in Norwich, New York. Norwich Pharmacal had a way to increase production dramatically – by manufacturing it in 20-gallon tubs.

Norwich added the remedy to its catalog for medical professionals, with the product name Bismosal: Mixture Cholera Infantum. Norwich tinkered with the doctor's formula a bit and advertised the improved product as an "elegant, pleasantly flavored" mixture.

  

## PRODUCTS

Original

Ultra

Diarrhea

Childrens

All Products

## SYMPTOMS

Heartburn

Nausea

Upset Stomach

Indigestion

Diarrhea

Traveler's Diarrhea

## VIDEOS

Pepto's Latest Video



CONTACT US

| PRODUCTS | SYMPTOMS | VIDEOS | COUPONS | FAQS |

© 2024 Procter & Gamble

Terms and Conditions    Privacy    Consumer Health Data Privacy Policy

Your Privacy Choices    Site Map    NOTICE: We may sell your sensitive personal data.

Do Not Sell or Share My Personal Information / Opt-Out of Targeted Advertising