# Ex. 19





About TUMS

# TUMS – America's #1 Heartburn Medicine

  

TUMS has been providing heartburn relief for more than 90 years. Created in 1928 by pharmacist James Howe to treat his wife's indigestion, the TUMS brand was introduced to the public in 1930 and quickly became an American favorite among antacid treatments.

TUMS is trusted by millions of people every year to provide fast, heartburn relief. TUMS is a true original. Unlike other antacids, TUMS is not available as a private label. Haleon – the maker of TUMS – does not produce generic store-brand products. That's what makes TUMS different, and buying store-brand is not the same experience.

Accept no imitations – reach for original, fast-acting TUMS as soon as the pain of heartburn strikes.

## TUMS – A Brand That's Part of America

TUMS is proudly American. Today, the main production facility can still be found where it was initially located nearly a century ago, in downtown St. Louis. Each year it produces over six billion tablets.[1]

Today, more than 60 million bottles or rolls are sold every year – almost twice as many as TUMS's closest competitor.[1]

## TUMS – An Advertising Legend

TUMS is famous for its advertising, including its instantly recognizable, catchy jingle. The first nationwide TUMS ad appeared in newspapers in 1951, with its simple, animated TV ads debuting in 1961.

It was 1981 that saw the brand truly enter the public consciousness. Its famous 'Tums, Tum-Tum-Tum, Tums!', sung over the melody of the William Tell Overture, captured America's attention. By 1987, TUMS was America's best-selling antacid.

**Save over $70 with Haleon Huddle**



TUMS provides fast-acting relief from the pain of heartburn. The secret is its primary active ingredient – calcium carbonate, which is mined from limestone – that quickly gets to work tackling the symptoms of heartburn.

More than 60 million Americans suffer from the discomfort of heartburn every month.[3]

That's because the digestive process doesn't always work the way it should. It's not uncommon for acid to back up in the stomach and flow into the esophagus – the tube that connects the throat and the stomach – causing painful heartburn. This is called acid reflux. Acid reflux can be caused by spicy or fatty foods, stress or anxiety, smoking and certain medications, among other things.[4]

The result? Painful – or at least uncomfortable – heartburn that can stop you from getting on with your day.

Calcium carbonate quickly and effectively fights heartburn. The antacid medicine goes to work fast, dissolving swiftly and neutralizing stomach acid on contact. TUMS goes to work in seconds, so you can get back to your day fast.

Today, TUMS antacid products are available in a whole range of great-tasting flavors and types. From new TUMS Chewy Bites Cooling Sensation, which provides relief with every bite, to the deliciously smooth and tasty TUMS Smoothies™ – there's a TUMS for everyone.

It's why millions of people have trusted TUMS antacids for more than nine decades. Consumers have relied on the same active ingredient – calcium carbonate – for effective heartburn relief since 1930.

Learn more about why you should choose TUMS

## TUMS and Pregnancy

Find out why TUMS is effective in the fight against heartburn during pregnancy.

Read more

## TUMS and the Competition

Today, there are 3 types of OTC Medications available to treat heartburn: Antacids (like TUMS), Proton Pump Inhibitors (PPIs), and Histamine Blockers (H2s). Other classes of heartburn medications like those PPIs and H2 Blockers are absorbed into the bloodstream and can take hours or days to fully work, Bbt TUMS antacids gets to work in seconds. Available in more strengths and flavor varieties than any other brand, it's easy to see why TUMS is America

9/4/24, 12:08 PM
Case 2:23-cv-12023-DML-EAS  ECF No. 32-19, PageID.546  Filed 09/10/24  Page 4 of 6
About TUMS antacids: America's #1 Heartburn Medicine



If you experience heartburn more frequently, occurring 2 or more days a week, a PPI like Nexium 24HR to treat frequent heartburn may be right for you. Nexium 24HR stops the production of acid before it starts, but this treatment may take 1-4 days for full effect. That's why many choose TUMS antacids for times when they need fast heartburn relief.

| | TUMS | Rolaids | Alka-Seltzer | Pepto-Bismol |
|---|---|---|---|---|
| America's #1 antacid brand | ✓ | | | |
| Goes to work instantly for fast heartburn relief | ✓ | ✓ | ✓ | ✓ |
| Available in three different strengths - Ultra, Extra and Regular strength | ✓ | ✓ | | |
| Available in Smooth Dissolve Form | ✓ | | | ✓ |
| Available in a soft chew | ✓ | ✓ | ✓ | ✓ |
| Available in a hard chew | ✓ | | | |
| Comes from a natural source | ✓ | | | |
| #1 physician, pharmacist, and OB-GYN recommended adult antacid brand | ✓ | | | |
| Trusted brand to fight heartburn fast for nearly 85 years | ✓ | | | |

**Show References**



How Does TUMS



# Find TUMS
# products Online

### See products



Contact Us

Sitemap

Terms & Conditions

Privacy Notice

Your Privacy Choices

Satisfaction Guarantee

HSA/FSA

Washington Consumer Health Data Notice

      

Follow Us

PM-US-TUM-21-00046



*These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.

This Site is intended for U.S. residents 18 years of age or older. Use products as directed. Copyright © 2024 Haleon group of companies or its licensor.
All rights reserved. Trademarks are owned by or licensed to the Haleon group of companies.