# Ex. 20



Lunghamer   GET YOUR NEXT BUICK ENVISTA   THE BEST BUYING EXPERIENCE IS HERE
1 SELECT YOUR VEHICLE   2 CREATE YOUR DEAL   3 SCHEDULE YOUR PICK UP   SHOP NOW

Latest    Local News    • Live    Shows    •••          ● CBS NEWS

DETROIT    |    News    Weather    Sports    Videos    •••          ● 78°

LOCAL NEWS

# Community Invited To Free Christmas Dinner In Taylor

● CBS NEWS DETROIT      December 23, 2011 / 4:28 PM EST / CBS Detroit

**TAYLOR (WWJ)** - Need a place to enjoy a free dinner on Christmas Day? You're invited to the "True Meaning of Christmas" dinner from noon to 3 p.m. Dec. 25 at the City of Taylor's William Ford Senior Activity Center.

This will be the thirteenth straight year that members of the Domski family pool their resources to offer the dinner. Last year, more than 250 people ate dinner and made memories - the largest turnout yet. This year, volunteers will be ready to serve 300 meals and there is always food left over.

Larry Domski, a city inspector, said they welcome everyone to share a free meal, especially those who are alone with nowhere else to go or those who are financially strapped.

This year, the delicious meal will include turkey and all the trimmings, ham, white and sweet potatoes, gravy, corn, salad, beverages and desserts.

The "True Meaning" dinner started years ago when the Domski family chose to end its annual gift exchange and put the money toward a meal for anyone to enjoy.



Jane Morgan, with the JFM Consulting Group, joined CBS News Detroit to discuss the Neighborhood Vitality Index, which asks Detroit residents for feedback on neighborhood conditions. Participants will receive a $25 gift card.

00:07                                          02:00

More than 20 Domski family members and plenty of volunteers split up the duties, from cooking to serving to cleaning up the center at the end of the day. The city donates the use of the Ford Center and the Taylor Police Department helps sponsor the event.

"We sincerely want to invite everyone who is in need to join us on Christmas Day," Domski said in a statement. "No one should go hungry on Christmas."

Taylor's Ford Center is located at 6750 Troy, west of Telegraph Road and north of Ecorse Road. Those who cannot arrange transportation to the Ford Center can call for a free ride in advance or on the day of the event; 313-291-7740.

## More from CBS News

Mackinac Island nominated among best US destinations to visit... 

30,000 participate in 2024 Mackinac Bridge Walk on Labor Day 

Strike looms as Oakland University, faculty union negotiate contract 

Rochester Community Schools approves new teacher contract 

