# Ex. 22

9/4/24, 4:29 PM
Case 2:23-cv-12023-DML-EAS ECF No. 32-22, PageID.556 Filed 09/10/24 Page 2 of 3
Domski family hosting annual free dinner

| ABOUT | CLASSIFIEDS | ADVERTISE | SUBSCRIBE | |
|---|---|---|---|---|
| | | | | Search this website |

| HOME | NEWS | EDITORIAL | POLICE BLOTTER | TEMPO | LIFESTYLE | SPECIAL SECTIONS |

# Domski family hosting annual free dinner

DECEMBER 15, 2013 BY TIMES-HERALD NEWSPAPERS — LEAVE A COMMENT



Photo by Dave Gorgon

TAYLOR – The public is invited to enjoy a free Christmas dinner on Christmas Day.

The 2013 "True Meaning of Christmas" dinner is set for noon to 3 p.m. Dec. 25 at the city's William Ford Senior Activity Center, 6750 Troy.

The meal is open to everybody, especially those alone, less fortunate or hungry – and their guests.

This will be the 15th straight year that members of the Domski family pool their resources to offer the dinner. Last year, more than 300 people ate dinner and made memories – the largest turnout yet.

This year, volunteers will be ready to serve hundreds of meals and there is always food left

**Popular Searches For Affordable Global Eor Employer Of Record Service**

9/4/24, 4:29 PM
Case 2:23-cv-12023-DML-EAS ECF No. 32-22, PageID.557 Filed 09/10/24 Page 3 of 3
Domski family hosting annual free dinner

"There are so many people who really depend on the dinner," said Larry Domski, a city inspector. "Many have no other place to go. Others are financially strapped during these economic times. We welcome everyone."

This year, the meal will include turkey and all the trimmings, ham, white and sweet potatoes, gravy, corn, salad, beverages and desserts.

The dinner started years ago when the Domski family chose to end its annual gift exchange and put the money toward a meal for anyone to enjoy. More than 20 Domski family members and several volunteers split up the duties, from cooking to serving to cleaning up the center at the end of the day.

"This wouldn't be possible if not for all of the wonderful volunteers that help every year," Larry Domski said.

The meal will go on this year, despite illness suffered by Domski brother Ted Domski, a well-known Downriver Realtor. Larry Domski said Ted insisted the dinner go on as usual because it means so much to so many.

The city donates the use of the Ford Center. The Taylor Police Department helps sponsor the event.

Those who cannot arrange transportation to the Ford Center can call for a free ride in advance or on the day of the event. The telephone number is 313-291-7740.

Local organizations and churches are asked to spread the word about the free dinner to their members and associates.

"We sincerely want to invite everyone who is in need to join us on Christmas Day," Larry Domski said. "No one should go hungry on Christmas."

FILED UNDER: FEATURED STORIES, STORIES
TAGGED WITH: TAYLOR