# Ex. 23

NEWS

# Domski family does it again, sharing the 'true meaning of Christmas' to 400 in Taylor



By **JESSICA D'ALFONSO**
UPDATED: June 17, 2021 at 10:55 a.m.

The Domski family spent their Christmas Day spreading joy and generosity to local community members.

Lisa Domski said the family started doing this after they felt that simply exchanging gifts with each other "didn't fulfill the true meaning of Christmas."

They began by volunteering at soup kitchens on Christmas, but eventually

LABOR DAY SALE! $12 FOR 2 YEARS
Hurry, this offer ends soon
SAVE NOW

Domski said that no one should have to spend Christmas hungry or alone, and that all were welcome at the event: "The homeless, the lonely, the seniors; anyone who needs somewhere to be."

One group of friends who regularly attend events at the center takes part in the Christmas dinner every year as a way to spend time together. One attendee, Ines Young, said she likes to spend the Christmas dinner with her friends because her daughters live out of the country and she doesn't get to see them during the holiday.

Domski said she and her family enjoys learning about the attendees' backgrounds and providing them with an environment of solidarity.

Read More

00:00                                                                                    02:00

"We go around and we talk to people just hear their story, and that they look forward to this every year," she said.

The family served dinner to about 400 people this year. The dinner included mashed potatoes and gravy, ham, sweet potatoes and more. In addition to providing dinner and a sense of community, the family offered a table full of donated Christmas gifts from the community, including hats, scarves and books.

The city of Taylor provides free use of the senior center for the annual event. In addition to the approximately 20 family members who participate, they

LABOR DAY        SALE! $12 FOR 2 YEARS
Hurry, this offer ends soon                    SAVE NOW

"It's just like they become part of this family, as well," she said. "We could not ever do any of this without that help and support of the community."

**Start your day with us:** Our top stories curated & delivered to your inbox each morning.

Email address     SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from The News-Herald.

Originally Published: December 28, 2018 at 8:00 a.m.

## Around the Web

REVCONTENT

### Here's How Much You Should Pay for Affordable Gutter Guards
LeafFilter Partner

LABOR DAY SALE! $12 FOR 2 YEARS
Hurry, this offer ends soon

SAVE NOW