# Ex. 1

|  Blue Cross Blue Shield of Michigan | INTER-OFFICE MEMORANDUM |
|---|---|
| ATTORNEY-CLIENT COMMUNICATION PRIVILEGED AND CONFIDENTIAL ||

FROM:   Rudy Makupson
RE:     Religious Accommodation Request Interview
DATE:   November 14, 2021

**Employee:** PII/PHI

**Employee ID** PII/PHI

**Interviewers: Bruce Henderson and Jeff Walters**

**Date: December 1, 2021**

**Time: 2:40 p.m.**

**Thank you for taking the time to meet with us today. As you know, BCBSM has implemented an enterprise-wide vaccine mandate to align with policy and current federal guidance. We are meeting with individuals who are requesting religious accommodation. This answers in this interview are completely voluntary, but we appreciate your cooperation as it helps to determine what type of accommodation we can extend, if any. Does that make sense?**

- *Why are you requesting an accommodation to the vaccine?* **Declined to answer any of the questions and stated that she will rely on her letter that was submitted with her request for an accommodation.**

- *What religious belief do you follow? (This question is not asking what religion. This question wants to know what the actual belief is).*

- *What is your religion's stance with respect to vaccinations?*

- *What is your objection to the vaccine if it's not the official stance of your religion?*
    - *Where do you base your stance?*
    - *Do you feel like the COVID vaccines were rushed?*

- *How does accepting the COVID vaccine conflict with your beliefs?*
- *What do you do when you're in physical pain?*

[ PAGE \* MERGEFORMAT ]

- *Would you take something like aspirin, ibuprofen for a headache?*

    i. *If not, what do you take when you have a headache?*

- *Would you take allergy medication such as Benadryl, Sudafed or Claritin?*

    i. *If not, what do you do when you have an allergic reaction?*

- *Do your religious views prohibit you from receiving any medical treatment, or just vaccination (or specific vaccines such as the COVID-19 vaccination)?*
    - *Have you ever stayed overnight at a hospital or had any in-patient care?*
        i. *If so, do you know what types of medications you took?*

- *Do you have a primary care physician?*
    - *Has your doctor ever prescribed medication?*
    - *What would you do if your doctor prescribed medication or told you, you needed surgery?*

    *\*\*Some individuals will likely answer that it depends on whether or not it is "life-saving", in those instances, follow with, "what would you do if it was life-saving surgery/medication"*
    - *Have you ever taken medication? (Only if the applicant answers "no" to the headache/allergy question)*

    - *If so, what medication have you taken?*

- *Have you always followed this religious belief?*

    - *If not, when did you adopt this religious belief?*

- *When was the last time you received a vaccination?*



Confidential – Subject to Global Protective Agreement                                                                 BCBSM0023638

|  | Blue Cross Blue Shield of Michigan | INTER-OFFICE MEMORANDUM |
|---|---|---|
| | ATTORNEY-CLIENT COMMUNICATION PRIVILEGED AND CONFIDENTIAL | |

FROM:      Rudy Makupson
RE:         Religious Accommodation Request Interview
DATE:      November 14, 2021

*Lisa stated I am declining to answer all question, I have submitted statement and that is all I will do*

**Employee:** PII/PHI

**Employee ID:** PII/PHI

**Interviewers: Bruce Henderson/Jeff Walters**

Date: 12/1/2021

Time: 2:40 pm

Thank you for taking the time to meet with us today. As you know, BCBSM has implemented an enterprise-wide vaccine mandate to align with policy and current federal guidance. We are meeting with individuals who are requesting religious accommodation. This answers in this interview are completely voluntary, but we appreciate your cooperation as it helps to determine what type of accommodation we can extend, if any. Does that make sense?

- *Why are you requesting an accommodation to the vaccine?*
  *Declining to answer all question, I have submitted statement and that is all I will do*
- *What religious belief do you follow? (This question is not asking what religion. This question wants to know what the actual belief is).*

- *What is your religion's stance with respect to vaccinations?*

- *What is your objection to the vaccine if it's not the official stance of your religion?*

  - *Where do you base your stance?*
  - *Do you feel like the COVID vaccines were rushed?*

- *How does accepting the COVID vaccine conflict with your beliefs?*
- *What do you do when you're in physical pain?*

[ PAGE \* MERGEFORMAT ]

- *Would you take something like aspirin, ibuprofen for a headache?*
    i. *If not, what do you take when you have a headache?*

- *Would you take allergy medication such as Benadryl, Sudafed or Claritin?*
    i. *If not, what do you do when you have an allergic reaction?*

- *Do your religious views prohibit you from receiving any medical treatment, or just vaccination (or specific vaccines such as the COVID-19 vaccination)?*
    - *Have you ever stayed overnight at a hospital or had any in-patient care?*
        i. *If so, do you know what types of medications you took?*

- *Do you have a primary care physician?*
    - *Has your doctor ever prescribed medication?*
    - *What would you do if your doctor prescribed medication or told you, you needed surgery?*

*\*\*Some individuals will likely answer that it depends on whether or not it is "life-saving", in those instances, follow with, "what would you do if it was life-saving surgery/medication"*
- *Have you ever taken medication? (Only if the applicant answers "no" to the headache/allergy question)*

- *If so, what medication have you taken?*

- *Have you always followed this religious belief?*

    - *If not, when did you adopt this religious belief?*

- *When was the last time you received a vaccination?*

[ PAGE \\* MERGEFORMAT ]

Confidential – Subject to Global Protective Agreement                                                                      BCBSM0023636