UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

        Plaintiff,

                                              Case Number 23-12023

v.                                            Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

        Defendant.
_____/

### ORDER DISMISSING DEFENDANT'S MOTION *IN LIMINE*

On September 24, 2024, the defendant filed a motion *in limine* (ECF No. 46) seeking to exclude certain materials it says that the plaintiff filed after the Rule 26(a)(3) disclosure deadline in this case. The defendant also says that the materials are irrelevant, unfairly prejudicial, and contain inadmissible hearsay. However, the deadline for filing motions *in limine* was September 10, 2024, *see* ECF No. 9, and the defendant never sought to enlarge that deadline. The motion therefore will be dismissed.

Accordingly, it is **ORDERED** that defendant's motion *in limine* to exclude documents and testimony (ECF No. 46) is **DISMISSED**.

                                                                s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Dated:  September 26, 2024