UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

              Plaintiff,

                                           Case Number 23-12023

v.                                      Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

              Defendant.

_____/

**JOINT FINAL PRETRIAL ORDER**

The following shall govern the course of trial unless modified by further order of the Court. Fed. R. Civ. P. 16(d). This order is based on the pleadings and the parties' pretrial submissions.

**I.    Jurisdiction.** This Court has original jurisdiction over the plaintiffs' federal claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* in accordance with 28 U.S.C. § 1331. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the plaintiffs' state law claims. Jurisdiction is not contested by the defendant.

**II.    Statement of the Plaintiff's Claims.** Plaintiff Lisa Domski alleges that she worked for defendant Blue Cross Blue Shield of Michigan for 32 years. In 2017, Ms. Domski was promoted to IT Process Specialist II. On November 1, 2021, the defendant instituted a COVID-19 vaccination mandate for all employees, including those who worked remotely. On November 10, 2021, Ms. Domski submitted a religious accommodation request to be exempt from the defendant's COVID-19 vaccine mandate. Ms. Domski contends that her request was based on her religious beliefs emanating from her Catholic faith that included her pro-life principles that prevented her from receiving the COVID-19 vaccine that she believed was developed with research on cells that were derived from aborted fetuses. The plaintiff submitted a religious

exemption request that referenced scripture and excerpts from the Bible in support of her religious beliefs and explained that she was concerned that it would be "a terrible sin" for her to receive the COVID-19 vaccine and that doing so would "distance [her] relationship with God." On December 2, 2021, Defendant placed Ms. Domski on an unpaid leave of absence and terminated her on January 5, 2022 "for failure to comply with the COVID vaccine requirement."

Ms. Domski alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (Title VII) and the Elliott-Larsen Civil Rights Act ("ELCRA"), Mich. Comp. Laws § 37.2101 et. seq., contending that the defendant's failure or refusal to accommodate her religious beliefs was unreasonable and unlawful, and the defendant treated her differently than other similarly situated employees based on her religion.

**III. Statement of Defendant's Defenses.**  On October 31, 2021, defendant Blue Cross Blue Shield of Michigan adopted for its employees a mandatory, COVID-19 vaccination policy ("Policy"), requiring all employees to be fully vaccinated by January 4, 2022, but it allowed employees to apply for and, if appropriate, receive a religious or medical accommodation to the Policy by that date, to avoid being separated from the company on January 5, 2022.  The plaintiff requested an accommodation to be exempt from the defendant's Policy.

On December 1, 2021, the plaintiff was scheduled to participate in an interview with the defendant to discuss her accommodation request and elaborate upon her objections to the COVID-19 vaccine. During the scheduled interview, the plaintiff declined to participate, informing the defendant's interviewer-decision makers that she would rely on the letter she submitted.

The plaintiff's accommodation request was denied based upon the particularized facts presented to the defendant's interviewer-decision makers, as applied against guidance from the Equal Employment Opportunity Commission, who were tasked with determining whether the

plaintiff sincerely held a religious belief that would excuse her from receiving the COVID-19 vaccine. The plaintiff thereafter failed to comply with the Policy by refusing to obtain the vaccine. Therefore, pursuant to the Policy, the plaintiff's employment was terminated on January 5, 2022.

**IV.    Stipulation of Facts.** The parties agree that the following facts are established, and no proofs need be offered at trial:

1.    On October 31, 2021, the defendant announced a COVID-19 vaccine mandate.

2.    Lisa Domski submitted a written religious accommodation request to the defendant on November 10, 2021.

3.    The defendant denied Lisa Domski's religious accommodation request.

4.    The defendant placed Lisa Domski on unpaid leave on December 5, 2021.

5.    On January 5, 2022, the defendant terminated the plaintiff as a result of her failure to comply with the defendant's COVID-19 vaccination policy.

**V.    Issues of Fact to be Litigated.**

1.    Whether the plaintiff holds a sincerely held religious belief that prevents her from receiving the COVID-19 vaccine.

2.    Whether the plaintiff communicated to the defendant a sincerely held religious belief in conflict with COVID-19 vaccination.

3.    Whether the defendant failed to accommodate the plaintiff's religious beliefs.

4.    Whether the defendant discriminated against the plaintiff because of her religious beliefs.

5.    Whether the plaintiff cooperated in the interactive accommodation process.

6.      Whether the defendant had an honest belief in the non-discriminatory reason for its termination of the plaintiff.

7.      The amount of economic damages.

8.      The amount of non-economic damages.

9.      The amount of punitive damages.

**VI.     Issues of Law to be Litigated.**

1.      Does the defendant's "honest belief" rule constitute an affirmative defense to a religious discrimination claim?

2.      Must the plaintiff prove that the defendant-employer had "actual notice" of every aspect of an employee's religious belief?

3.      Did the plaintiff exhaust her administrative remedies with the EEOC when she submitted a timely charge of discrimination on February 11, 2022 and received a Notice of Right to Sue Letter on July 29, 2024 after she had filed her complaint in this case?

4.      Must the plaintiff prove that she cooperated in the interactive accommodation process to establish her discrimination claims?

5.      Must the plaintiff prove that she was replaced by a person outside of her allegedly protected class?

6.      Can the defendant be held liable for discriminating against the plaintiff on the basis of beliefs she never communicated to the defendant?

**VII.    Evidence Problems Likely to Arise at Trial.**

1.      Whether the defendant may assert the attorney-client privilege to prevent the plaintiff from calling as a witness Rudolph Makupson, an in-house attorney for the defendant who has filed an appearance in this case.

2.      Whether the defendant has waived the attorney-client privilege.

3.      Whether the defendant will be able to establish a foundation to introduce evidence that its decision-makers could rely on a belief that aspirin, tylenol, and sudafed were developed with fetal stem cells in the "same fashion" as the COVID-19 vaccine.

4.      Whether the plaintiff may offer physical evidence at trial that was not disclosed timely under the mandatory disclosure rules.

5.      Whether the plaintiff may call as witnesses Rudolph Makupson and Jana Lance as a rebuttal witness when they were not disclosed timely under the mandatory disclosure rules.

6.      Whether the testimony of proposed witnesses Rudolph Makupson and Jana Lance is relevant if they were not involved with the specific decision on the plaintiff's request for a religious accommodation.

7.    Whether the plaintiff may call as a witness the defendant's CEO, Dan Loepp, when the ostensible subpoena relative to Mr. Loepp is invalid, Mr. Loepp was not involved relative to the plaintiff's request for an accommodation interview.

**VIII. Witnesses**

A.  The plaintiff will call the following witnesses in person with the estimated designated time for direct examination:

1.      Lisa Domski — 2 hours.

2.      Rev. Canon Walter J. Ptak — 15 minutes.

3.      Dawn Rodriguez — 15 minutes.

4.      Jill Fortener — 15 minutes.

5.      Mark Keller — 15 minutes.

- 5 -

      6.      Alyse Domski — 15 minutes.

      7.      Larry Domski — 15 minutes.

      8.      Jeffery Walters — 1 hour.

      9.      Patricia Snyder — 1 hour.

B.  The plaintiff may call the following witnesses in person with the estimated designated time for direct examination:

The plaintiff may call:

      10.      Daniel J. Loepp — 30 minutes.

      11.      Bert Feinbaum — 30 minutes.

      12.      Rudy Makupson — 30 minutes.

      13.      Jana Lance — 30 minutes.

      14.      Audre Lidtke — 30 minutes.

      15.      Amerique Dockery — 30 minutes.

      16.      Devin Scott — 30 minutes.

      17.      Kaitlyn Mardeusz — 30 minutes.

C.  The defendant will call the following witnesses in person with the estimated designated time for direct examination:

      1.      Jeffrey Walters — 1 hour.

      2.      Patricia Snyder — 1 hour.

      3.      Bart Feinbaum — 1 hour.

**IX. Exhibits.**  Subject to pretrial rulings, the parties may offer the following exhibits:

A.      Plaintiff:

| Exhibit No. | Description | Bates Label | Date Produced in Discovery | Date Offered for Trial | Objected To | Received |
|---|---|---|---|---|---|---|
| 1. | Accommodation Request Denial | BCBSM0042857-BCBSM0042859 | Sept. 2023 | Aug. 12, 2024 | | |
| 2. | Non-Compliance Leave Initiation | BCBSM0043132-BCBSM0043133 | Sept. 2023 | Aug. 12, 2024 | | |
| 3. | Non-Compliance Leave Communication | BCBSM0043596-BCBSM0043597 | Sept. 2023 | Aug. 12, 2024 | | |
| 4. | Non-Compliance Termination | BCBSM00443706-BCBSM0043707 | Sept. 2023 | Aug. 12, 2024 | | |
| 5. | Termination Communication | BCBSM0043959-BCBSM0043960 | Sept. 2023 | Aug. 12, 2024 | | |
| 6. | 2011 Offer Letter | BCBSM0062243-BCBSM0062244 | Sept. 2023 | Aug. 12, 2024 | | |
| 7. | 2014 Internal Transfer | BCBSM0062245 | Sept. 2023 | Aug. 12, 2024 | | |
| 8. | 2017 Internal Transfer | BCBSM0062246 | Sept. 2023 | Aug. 12, 2024 | | |
| 9. | January 5, 2022 Termination | BSBSM0062247 | Sept. 2023 | Aug. 12, 2024 | | |
| 10. | 2019 Performance Review | BCBSM0062250-BCBSM0062261 | Sept. 2023 | Aug. 12, 2024 | | |
| 11. | 2021 Performance Review | BCBSM0062264-BCBSM0062280 | Sept. 2023 | Aug. 12, 2024 | | |
| 12. | Accommodation Request | BCBSM0070070-BCBSM0070071 | Sept. 2023 | Aug. 12, 2024 | | |
| 13. | EEOC Charge | EDMI00033045-00033047 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 14. | Work History Application | EDMI00033048-00033050 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 15. | Accommodation Interview Transcript | EDMI00033051-00033053 | Nov. 28, 2023 | Aug. 12, 2024 | | |

| 16. | 2019 City of Detroit Tax Withholding | EDMI00033060-00033061 | Nov. 28, 2023 | Aug. 12, 2024 | | |
|---|---|---|---|---|---|---|
| 17. | 2019 City of Detroit Nonresident Tax Return | EDMI00033062-00033064 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 18. | 2019 Michigan Tax Withholding Schedule | EDMI00033065-00033066 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 19. | 2019 Michigan Tax Return | EDMI00033067-00033068 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 20. | 2019 Federal Tax Return | EDMI00033071-00033072 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 21. | 2020 City of Detroit Tax Withholding | EDMI00033073-00033074 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 22. | 2020 City of Detroit Nonresident Tax Return | EDMI00033075-00033077 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 23. | 2020 Michigan Tax Withholding Schedule | EDMI00033078 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 24. | 2020 Michigan Tax Return | EDMI00033079-00033080 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 25. | 2020 Federal Tax Return | EDMI00033087 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 26. | 2021 City of Detroit Tax Withholding | EDMI00033089-00033090 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 27. | 2021 City of Detroit Nonresident Tax Return | EDMI00033091-00033093 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 28. | 2021 Michigan Tax Return | EDMI00033100-00033101 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 29. | 2021 Michigan Tax Withholding Schedule | EDMI00033099 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 30. | 2021 Federal Tax Return | EDMI00033108 | Nov. 28, 2023 | Aug. 12, 2024 | | |

| 31. | 2022 City of Detroit Tax Withholding | EDMI00033111-00033112 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 32. | 2022 City of Detroit Nonresident Tax Return | EDMI00033113-00033115 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 33. | 2022 Michigan Tax Withholding Schedule | EDMI00033123 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 34. | 2022 Michigan Tax Return | EDMI00033124-00033125 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 35. | 2022 Federal Tax Return | EDMI00033139 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 36. | Earnings Statement | EDMI00033148-00033176 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 37. | Ward Evangelical Paycor | EDMI00033177-00033181 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 38. | Plaintiff's Resumes | EDMI00033182-00033185 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 39. | Plaintiff's Cover Letters | EDMI00033186-00033187 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 40. | Habitat for Humanity Application | EDMI00033188 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 41. | Henry Ford Employment Communication | EDMI00033189-00033191 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 42. | Ward Church Employment | EDMI00033192 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 43. | Plaintiff's Application | EDMI00033194-00033201 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 44. | American Faith Letter | EDMI00033206-00033207 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 45. | Facebook Social Media Post | EDMI00033213 | Nov. 28, 2023 | Aug. 12, 2024 | | |
| 46. | Human Resources Recording | WDMI0024104 | Sep. 7, 2023 | Aug. 12, 2024 | | |
| 47. | Religious Accommodation Interview Notes | BCBSM0023635-BCBSM0023636 | Sept. 2023 | Aug. 12, 2024 | | |

| 48. | EEOC Right to Sue Letter | Produced by EEOC July 29, 2024 | | Aug. 12, 2024 | Yes. Plaintiff has not produced this document | |
| 49. | Retirement Account Summary | Produced: September 15, 2023 | Sept. 2023 | Aug. 12, 2024 | | |
| 50. | Tricia Keith Video | Produced: September 10, 2023 | Sept. 2023 | Aug. 12, 2024 | Yes. *See* ECF No. 37<br><br>FRE 402, 403; FRCP 37(c) | |
| 51. | Tammy Dial Accommodation Request | BCBSM0030250-BCBSM0030253 | Sept. 2023 | Aug. 12, 2024 | | |
| 52. | Tammy Dial Interview Notes | BCBSM0030029-BCBSM0030031 | Sept. 2023 | Aug. 12, 2024 | | |
| 53. | Rick Dial Accommodation Request | Defendant possesses record | | Aug. 12, 2024 | | |
| 54. | HR Recording Transcript | WDMI0024104 | Sept. 2023 | Aug. 12, 2024 | | |
| 55. | Catechism of the Catholic Church | Public Record | Sep. 10, 2024 | Aug. 27, 2024 | Yes. *See* ECF Nos. 33, 35<br><br>FRE 402, 403; FRCP 37(c) | |
| 56. | Catechism of the Catholic Church pt. 2 | Public Record | Sep. 10, 2024 | Aug. 27, 2024 | Yes. *See* ECF Nos. 33, 35<br><br>FRE 402, 403; FRCP 37(c) | |

| 57. | Letters to Pharmaceutical Companies | Public Record | Sep. 10, 2024 | Aug. 27, 2024 | Yes. *See* ECF Nos. 33, 35<br><br>FRE 402, 403; FRCP 37(c) | |
| 58. | Secretariat Conscience Exemption Letter | Public Record | Sep. 10, 2024 | Aug. 27, 2024 | Yes. *See* ECF Nos. 33, 35<br><br>FRE 402, 403; FRCP 37(c) | |
| 59. | Instruction Dignitas Personae | Public Record | Sep. 10, 2024 | Aug. 27, 2024 | Yes. *See* ECF Nos. 33, 35<br><br>FRE 402, 403; FRCP 37(c) | |
| 60. | Administrator, George Rieveschl, Inventor of Benadryl, Dies (Sep. 27, 2007) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 61. | Community Invited to Free Christmas Dinner In Taylor, CBS News (2011) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 62. | Confirmation Certificate | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403 | |

| 63. | Covid-19 Vaccines & Fetal Cells, MDHHS | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 64. | Dave Gorgon, "True meaning of Christmas" dinner, The News Herald (2019) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 65. | Domski family hosting annual free dinner, Times-Herald Newspapers (2013) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 66. | Extraordinary Minister of Holy Communion Certificate | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403 | |
| 67. | FAQs About TYLENOL® | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68. | FDA Sends Claritin Over the Counter, CNN (Nov. 27, 2002) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |
| 69. | Health COVID-19 Vaccine Addressing Concerns, UCLA (Sep. 4, 2024) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 70. | History of Fetal Tissue Research and Transplants, Charlotte Lozier Institute (Nov. 30, 2016) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 71. | History of Stem Cell Use, University of Nebraska Medical Center | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 72. | Ibuprofen History, West Virginia University | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |

| 73. | Jessica D'Alfonso, Domski family does it again, The News Herald (2018) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 74. | Justin Brumbaugh, Brian A. Aguado, Tamra Lysaght, Lawrence S.B. Goldstein, Stem Cell Reports (Dec. 13, 2023) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 75. | Maria Rosa Montinari; Sergio Minelli; Raffaele De Caterina, The first 3500 Years of Aspirin History from its Roots- A Concise Summary (Sep. 4, 2024) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |
| 76. | Motrin and Ibuprofen FAQs | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |
| 77. | Setting the Stage Fetal Research, Fetal Tissue Research, and Historical Timeline of Regulation and Legislation, National Library of Medicine | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |

| 78. | SUDAFED® Frequently Asked Questions (FAQ) SUDAFED® | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |
|---|---|---|---|---|---|---|
| 79. | The 2017 "True Meaning of Christmas" dinner, City of Taylor. | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 80. | The History of Pepto Bismol, Pepto Bismol | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |
| 81. | True Meaning of Christmas Dinner, Explore Taylor, M | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 403, 801(c) | |
| 82. | TUMS- America's #1 Heartburn Medicine. | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53<br><br>FRCP 37(c); FRE 402, 801(c) | |

| 83. | You Asked, We Answered Do the COVID-19 Vaccines Contain Aborted Fetal Cells Nebraska Medicine (Aug. 18, 2021) | Public Record | Sep. 10, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53

FRCP 37(c); FRE 402, 403, 801(c) | |
| 84. | Lisa Domski Photos | EDMI00035444-00035468 | Sep. 13, 2024 | Sep. 10, 2024 | Yes. *See* ECF No. 53

FRCP 37(c); FRE 402, 403, 801(c) | |
| 85. | 2020 NBU Performance Review Lisa Domski 12.15.2020 | EDMI00035472 | Nov. 28, 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |
| 86. | Certificates of Achievement | EDMI00035464; EDMI00035473 | Nov. 28, 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |
| 87. | Grigorian Email 11.18.21 | BCBSM0004157 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 88. | Grigorian Email 11.19.21 | BCBSM0004571 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 89. | Lance Email 12.3.21 | BCBSM0005105 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 90. | Tracy Email 11.18.21 | BCBSM0015089 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 91. | Pie Chart | BCBSM0003443 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 92. | Walters Email 8.18.22 | BCBSM0008559 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 93. | Walters Email 10.29.21 | BCBSM0021570-21572 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 94. | Domski Email 12.2.21 | BCBSM0070075 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |

| 95. | Loepp Communication 12.7.21 | BCBSM0001063 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 96. | Driessche Email 11.23.21 | BCBSM0054841-54843 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 97. | Walters Email 2.18.22 | BCBSM0006664-0006669 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 98. | FW: Greg Zdyrski Religious Accommodation Request | BCBSM0075698 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 99. | Walters Email 12.2.21 | BCBSM0005922-5923 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 100. | Walters Email 11.18.21 | BCBSM0013889-13890 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 101. | Henderson Email 10.5.22 | BCBSM0016449 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 102. | Owens Email 6.15.22 | BCBSM0016187-0016189 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 103. | Beaverson Email 7.21.22 | BCBSM0057709 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 104. | Witherspoon Email 10.14.22 | BCBSM0020079-0020081 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 105. | Beaverson Email 8.11.22 | BCBSM0057710 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 106. | Mylek Email 10.25.22 | BCBSM0007009-0007011 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 107. | Byars Email 11.2.21 | BCBSM0013098-0013105 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 108. | Beaverson Email 1.25.22 | BCBSM0002810-0002812 | Sept. 2023 | October 7, 2024 | Yes. FRCP 37(c) | |
| 109. | Emerson Email 12.8.21 | BCBSM0003634-0003635 | Sept. 2023 | October 7, 2024 | Yes. FRCP 37(c) | |
| 110. | Grigorian Email 12.6.21 | BCBSM0027128-0027129 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 111. | Grigorian Email 12.1.21 | BCBSM0016366 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 112. | Driessche Email 2.2.22 | BCBSM0003842-0003844 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 113. | Walters Email 11.19.21 | BCBSM0013889-0013890 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 114. | Goheen Email 2.4.22 | BCBSM0000012-0000015 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 115. | Snyder Email 3.11.22 | BCBSM0004254-0004256 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 116. | King Email 10.22.21 | BCBSM0003488-0003489 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 117. | Loepp Communication 11.3.21 | BCBSM0003501 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 118. | Owens Email 12.8.21 | BCBSM0003747-0003755 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 119. | Goheen Appeal 12.17.21 | BSBSM0006873-0006899 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 120. | Caldwell-Stoll Email 11.1.21 | BCBSM0011446-0011447 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 121. | Heikka Email 2.15.22 | BCBSM0023622-0023630 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 122. | Ross Email 11.2.21 | BCBSM0004936-0004937 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 123. | Snyder Email 10.27.21 | BCBSM0021953-0021954 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 124. | Feinbaum Email 11.29.21 | BCBSM0027133-0027135 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 125. | Feinbaum Email 10.11.21 | BCBSM0003477-0003480 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |

| 126. | Grigorian Email Religious Accommodation Request | BCBSM0034703 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 127. | Grigorian Email 11.16.21 | BCBSM0004150 | Sept. 2023 | Oct. 7, 2024 | Yes. FRCP 37(c) | |
| 128. | 2021.11.16 Lance Email | BCBSM0003704-07 | Sept. 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |
| 129. | 2021.11.18 Soulliere Email | BCBSM0012420 | Sept. 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |
| 130. | 2021.11.23 Walters Email | BCBSM0006584 | Sept. 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |
| 131. | 2021.12.03 Walters Email | BCBSM0008440 | Sept. 2023 | Oct. 8, 2024 | Yes. FRCP 37(c) | |

B.    Defendant:

| Exhibit No. | Description | Bates Label | Date Offered for Trial | Objected To | Received |
|---|---|---|---|---|---|
| 201. | Plaintiff's Application for Employment and Employee Agreement | BCBSM0062238–42 | Aug. 12, 2024 (ECF No. 26) | | |
| 202. | BCBSM's Mandatory COVID-19 Vaccination Policy (the "Policy") Announcement | BCBSM0055563–65 | Aug. 12, 2024 (ECF No. 26) | | |
| 203. | BCBSM's Additional Information on Policy | BCBSM0003494–97 | Aug. 12, 2024 (ECF No. 26) | | |
| 204. | BCBSM's Extension of Deadline for Policy | BCBSM0038068–70 | Aug. 12, 2024 (ECF No. 26) | | |
| 205. | Template Request for Religious Accommodation to the Policy | BCBSM0070085–86 | Aug. 12, 2024 (ECF No. 26) | Yes. *See* ECF No. 40 | |
| 206. | Plaintiff's Request for Religious Accommodation to the Policy | BCBSM0070097–98 | Aug. 12, 2024 (ECF No. 26) | | |

| | | | | | |
|---|---|---|---|---|---|
| 207. | BCBSM's Email Reminders to Plaintiff Regarding Approaching Policy Deadlines | BCBSM0070073–74, BCBSM0070115 | Aug. 12, 2024 (ECF No. 26) | | |
| 208. | Email Communications on Rescheduling Interview | BCBSM0072929–31 | Aug. 12, 2024 (ECF No. 26) | | |
| 209. | Plaintiff's Email Accepting Interview | BCBSM0070054 | Aug. 12, 2024 (ECF No. 26) | | |
| 210. | Jeffrey Walters's Interview Notes | BCBSM0023635–36 | Aug. 12, 2024 (ECF No. 26) | | |
| 211. | Bruce Henderson's Interview Notes | BCBSM0023637–38 | Aug. 12, 2024 (ECF No. 26) | | |
| 212. | Plaintiff's Interview Notes | EDMI 00033051–53 | Aug. 12, 2024 (ECF No. 26) | | |
| 213. | BCBSM's Email Denying Plaintiff's Religious Accommodation Request and Plaintiff's Response | BCBSM0042857–59 | Aug. 12, 2024 (ECF No. 26) | | |
| 214. | Plaintiff's Email to American Faith News | EDMI 00033206 | Aug. 12, 2024 (ECF No. 26) | | |
| 215. | BCBSM's Email Notifying Plaintiff of Her Unpaid Leave Effective December 15, 2021 | BCBSM0043596–97 | Aug. 12, 2024 (ECF No. 26) | | |
| 216. | Plaintiff's Termination Notice for Vaccine Requirement Non-Compliance | BCBSM0062247 | Aug. 12, 2024 (ECF No. 26) | | |
| 217. | Plaintiff "Loving" Facebook Post | EDMI 00033213 | Aug. 12, 2024 (ECF No. 26) | | |
| 218. | Plaintiff's Employee Information and History Report | BCBSM0062233–37 | Aug. 12, 2024 (ECF No. 26) | | |
| 219. | Plaintiff's Tax Documents | EDMI 00033060–143 | Aug. 12, 2024 (ECF No. 26) | | |
| 220. | Plaintiff's Earnings Statements | EDMI 00033144–81 | Aug. 12, 2024 (ECF No. 26) | | |

| | | | | | |
|---|---|---|---|---|---|
| 221. | Plaintiff's Job Search | EDMI 00033182–205 | Aug. 12, 2024 (ECF No. 26) | | |
| 222. | Plaintiff's Job Description | BCBSM0062248–49 | Aug. 12, 2024 (ECF No. 26) | | |
| 223. | Plaintiff's Performance Reviews | BCBSM0062250–80 | Aug. 12, 2024 (ECF No. 26) | | |
| 224. | Plaintiff's Written Discovery Answers and Admissions | EDMI 00002727–50 | Aug. 12, 2024 (ECF No. 26) | | |
| 225. | Guidance from the U.S. Equal Employment Opportunity Commission (EEOC) | | Aug. 12, 2024 (ECF No. 26) | Yes, it is inadmissible under Fed. R. Evid. 403 & 801 | |

The parties must disclose to opposing counsel any computer generated visual or animated presentation and all demonstrative exhibits they intend to use at least two business days before trial begins.

All exhibits will be published in electronic format.  Counsel for the parties and their trial assistants must schedule a meeting with the Court's information technology staff to become familiar with the facilities available in the courtroom for publishing exhibits.  The meeting is to be arranged through the Court's case manager.

The parties also must prepare exhibit books that include hard copies of all the exhibits to be offered in the case.  The jury will have access to the exhibit book (culled to include only admitted exhibits) during their deliberations.  The parties also must prepare two additional exhibit books for the Court.

The parties will each keep custody of their own admitted exhibits.  At the conclusion of the proofs and before submission of trial exhibits to the jury, the parties will meet and confer to assure only the exhibits admitted at trial are turned over to the jury.

X.      **Damages.**

The plaintiff claims:

- Damages for loss in compensation and future earnings equal to at least $1,208,235.00.

- Non-economic damages, past and future, including damages for emotional distress, physical distress, mental anguish, physical anguish, loss of reputation, embarrassment, humiliation, and the physical effects associated with the defendant's conduct.

- Exemplary Damages.

- Punitive Damages.

- Pre-judgment interest.

**XI.      Trial.** This matter will be tried before a jury.  The parties estimate that the presentation of proofs will require approximately three days for the plaintiff and two days for the defendant.

**XII.      Settlement.**      The parties have conferred and considered the possibility of settlement, but the parties remain far apart.  They held a mediation session with Mediator Dennis Barnes on September 26, 2024, and the parties were still very far apart.  The parties engaged in further discussions at the final pretrial conference on October 15, 2024, where they narrowed their differences but still were not able to resolve the case.

**XIII.      Pretrial Submissions.** Trial briefs must be filed on or before October 28, 2024.

**XIV.      Juror Costs.** The parties and their counsel understand that, in accordance with LR 38.2, the expense to the United States of bringing jurors to the courthouse for a trial may be assessed to one or more of the parties or counsel if the jury trial has not begun as scheduled or the jurors are not used for that trial for any reason attributable to the parties or counsel.  Also, it is the policy of the Judicial Conference of the United States that any last-minute continuances that result

in unnecessary juror fees and expenses be penalized by the assessment of costs against the responsible attorney or party.  *See also* LR 40.2.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   October 28, 2024