# Ex. 2

Transcription of Meeting, 10/12/2021

Transcribed by:  Carolyn Grittini, CSR-3381


ATTENDEES:


ERICA ALFORD

FAY ARABO

CORRIE BEAVERSON

KATE BOVERHOF

MICHAEL BUSOVICKI

LAURA BYERS

BART FEINBAUM

VALARIE FURCHI

PATRICIA SNYDER

BLAEMELYN VELA

LIBBIE WARD

1  Transcription of Meeting, 10/12/2021

2  Transcribed by:  Carolyn Grittini, CSR-3381

3

4  ATTENDEES:

5

6  ERICA ALFORD

7  FAY ARABO

8  CORRIE BEAVERSON

9  KATE BOVERHOF

10  MICHAEL BUSOVICKI

11  LAURA BYERS

12  BART FEINBAUM

13  VALARIE FURCHI

14  PATRICIA SNYDER

15  BLAEMELYN VELA

16  LIBBIE WARD

17

18

19

20

21

22

23

24

25

1   MS. SNYDER:  -- the expectations for this team because

2   you guys are on the front lines working with leaders,

3   desperately trying to fill, I know hundreds of open

4   reqs and every open position is an important one to be

5   able to fill.  And identifying the right person is

6   important, we know, to the organization and

7   everything, but I want to be very realistic with this

8   group to say, we're not going to accept all religious

9   accommodation requests.  We might not accept all

10  medical accommodation requests.  This may likely lead

11  to some candidates falling out of the process after

12  they've already been selected, and that will be

13  unfortunate, but we have to, first of all, be

14  consistent in how we make these decisions.  And if we

15  ever are going to have to apply this process to our

16  own employees, we have to be consistent with how we

17  treat our own employees.

18  So I just kind of want to put it out there that we're

19  going to be really scrutinizing like Bart's talking

20  about, and if someone really can't tie their reason

21  for not getting a vaccine to a religious belief, then

22  they're going to likely fall out and their request for

23  an exemption will be denied.

24  MR. FEINBAUM:  Correct.

25  MS. ARABO:  That's totally understandable.

1   MR. BUSOVICKI:  Just from past experience, are there

2   any religions that we know of that this might be the

3   issue for?

4   MS. SNYDER:  We don't have past experience.

5   MR. BUSOVICKI:  Yeah, any kind of, you know, all of

6   your history.

7   MR. FEINBAUM:  Yeah, I've done some research on this,

8   and I would say the major religions, and I'm saying

9   three major religions, Christianity, Judaism, Islam,

10   all in general say that vaccinations are allowable

11   under their religious teachings, but even in those

12   religions, there are offshoots, and I think we just

13   have to take it on a case-by-case basis.

14   I mean, I think each of these interviews are going to

15   be like mini depositions.  I've done hundreds of

16   those, so --

17   MS. SNYDER:  Bart just can't leave his legal

18   background behind, even though he's not in legal

19   anymore.

20   MR. FEINBAUM:  Yeah, well, just following me around.

21   But I enjoy it, so it should be an interesting and fun

22   experience.

23   So any other questions from the group?  Okay.  Well,

24   let's get on with that.

25   MS. SNYDER:  I have a question, since we don't have

1  all the experts on the call right now, where are we at

2  with all the reach-outs you've done in terms of total

3  numbers of medical and religious exemptions?

4  MS. BEAVERSON:  There have been four in total that

5  asked about it.

6  MS. SNYDER:  Oh, just four that asked about -- okay.

7  MR. FEINBAUM:  And only Miss Bryant is the one who

8  actually had turned a form in?

9  MS. BEAVERSON:  That's my understanding, yeah.  I

10  don't think they've gotten any others yet.

11  MR. FEINBAUM:  Okay.

12  MS. BEAVERSON:  Anyone else from the project team that

13  did the reach-out?  So the one person that I talked to

14  has not sent it back.  Anything else?  Erica, I think

15  you may have had one.

16  MS. ALFORD:  Yeah, they haven't sent it back either.

17  I haven't had them sent it back.  Should we reach out

18  to them to give them like a timeline?  Because they're

19  going to be starting rather soon.

20  MS. BEAVERSON:  Yeah, the ones that are starting on

21  11/1, the person that I have is starting on 11/1.  So

22  I was going to give her a couple more days and then

23  follow up on her.

24  MS. ALFORD:  Okay.

25  MS. VELA:  This is Blaemelyn.  I have a question, and

1  I'm sorry you covered this already, Bart.  Is the

2  expectation that we'll have a decision on these

3  exemptions before their start date or not necessarily?

4  MR. FEINBAUM:  No, absolutely before the start date,

5  that's the expectation.  As a matter of fact, after I

6  conclude my interview with this candidate, I plan on

7  reaching out to my committee and hopefully the

8  committee can meet tomorrow.

9  MS. VELA:  Okay.  Thank you.

10  MR. FEINBAUM:  Yep, you're welcome.

11  MS. ARABO:  Bart, I'm just curious, how do we know

12  when people put down their religious, you know,

13  leaders, that these are real people?  That they're not

14  just, like, friends, let's say, for example?  I'm just

15  curious.

16  MR. FEINBAUM:  It's a good question.  In terms of the

17  one I'm interviewing at 3:30, this person also has a

18  Facebook site, and she does not appear in my opinion

19  to be a spiritual leader or religious leader.  So it's

20  kind of, you've got to just do your research.  You

21  kinda would think that most reputable churches or

22  mosques or synagogues, their religious leaders, if you

23  Google their name, it will come up as being affiliated

24  with that organization, which is part of our process.

25  We double check everything, and it's just, you know,

1  the devil is in the details.

2  MS. ARABO:  Yeah, I like what you're doing.  It's

3  interesting.  I kinda want to know the outcome.

4  MS. ALFORD:  I wish we could be a fly on the wall.

5  MR. FEINBAUM:  Yeah.

6  MS. ARABO:  Yeah, could we be in the background for

7  the interview and not say anything?

8  MR. FEINBAUM:  You don't want to be deposed as a

9  witness, so I'm going to say no, unfortunately.  It's

10  funny, because when I used to teach at U of D Law

11  School for over 25 years, you know, we would talk

12  about this very issue, but now I get to actually apply

13  it.  So it's kind of fun from the textbook to the real

14  world.

15  MS. ARABO:  I've got lots of investigators on this

16  team.

17  MS. BEAVERSON:  CSI people in training.

18  MS. FURCHI:  Bart's our secret agent man.

19  MR. FEINBAUM:  There you go.

20  MS. BEAVERSON:  Question, Bart or Tricia.  This

21  process, do you happen to know if it will be the same

22  on the emerging market side?  Will the EHTA team

23  follow the same process or are they working with

24  Christy Torney?

25  MS. SNYDER:  They are going to mirror the process.

1  Bart's kind of -- he's going to kind of straddle the

2  fence and work both sides, be involved with EH as

3  well.

4  MS. BEAVERSON:  Okay.

5  MS. SNYDER:  But the process will be the same.

6  MR. FEINBAUM:  All good questions.  Any other ones?

7  Okay.  Well, if you ever have any questions you think

8  of after this meeting, you can always reach out to

9  Tricia or myself and we'll be happy to answer.

10  MS. BEAVERSON:  One last question.  Sorry, Bart, it

11  just popped in my head.

12  MR. FEINBAUM:  Yeah.

13  MS. BEAVERSON:  You mentioned wanting to protect as

14  much as possible the committee members in case they

15  are deposed.  Makes me wonder, what is the likelihood

16  that anyone in TA might have to be deposed being part

17  of this process?  Or do you think that risk is low

18  because our role in this really is just facilitating,

19  we're not making decisions, we're just kind of the

20  middle person, so to speak.

21  MR. FEINBAUM:  Yes.  I'm going to agree with what you

22  just said.  I view your role as, while it's a very

23  important role, it really is the deliverer of

24  information and forms.  You're not a decision maker,

25  so I would say you're not going to be on the hot seat.

1  MS. BEAVERSON:  Thank you.

2  MS. BYERS:  Hey Bart, it's Laura.  First, thanks for

3  spending time with the TA team helping us know.  And I

4  apologize, I don't think you answered this, but I did

5  quickly take another phone call.  What if someone puts

6  in for a religious exemption and gets denied and

7  they're like oh, wait, I have a medical condition, I'm

8  going to do that?  I mean, any guidance for the TA

9  team?

10  MR. FEINBAUM:  Yeah, well, yeah.  We call that forum

11  shopping in the law.  One judge denies something you,

12  go to another one.  I would say we would have to

13  accept the form.  That would be my answer.  We have to

14  assess the medical exemption as well.  Because the

15  person may say well, I just forgot to turn it in.  I

16  think we have to give them the benefit of the doubt.

17  I mean, I think they're totally, two totally different

18  issues, religion and medical.  We may view them a

19  little skeptically, but I think we need to consider

20  that.

21  MS. VELA:  Are they -- this is Blaemelyn again.  Are

22  they getting something in writing, like a final

23  decision, or is it just going to be the verbal

24  communication that we share with them?

25  MR. FEINBAUM:  I think we are leaning to the verbal

1  decision.

2  MS. ARABO:  You know, Laura --

3  MR. FEINBAUM:  But that's -- yeah

4  MS. ARABO:  Laura Byers got me thinking by saying what

5  she said.  Let's say we decline someone, Bart, because

6  it's -- you know, after interviewing them, you decide

7  that we're not going to grant them accommodation,

8  perhaps, you know, it was like a bogus religious

9  spiritual leader, let's just say.  Of course, we're

10  not going to know all those details.  All we need to

11  know is that it's not been granted.  And they reapply

12  in the future, let's say in a month they come back and

13  say, hey, I'm going to get the vaccine; are we going

14  to be able to reconsider these applicants?

15  MR. FEINBAUM:  Well, I would say that if they decide

16  to get the vaccine, then we have accomplished our goal

17  to get them vaccinated.  I think it would probably be

18  a business decision as to whether or not you wish to

19  accept them, but they're otherwise qualified and they

20  got the vaccine.

21  MS. SNYDER:  Let me just talk about that a little bit.

22  MR. FEINBAUM:  Okay, sure

23  MS. SNYDER:  I think we cannot have a blanket answer

24  to that one, quite frankly.  Because if someone -- if

25  we believe strongly and have evidence that they have

1  falsified documents in pursuit of a religious or

2  medical exemption, we really should not be

3  entertaining hiring them.  They're not trustworthy

4  individuals at that point.  So in my opinion, we would

5  handle it on a case-by-case basis, and certainly how

6  they handle this process would have to be considered

7  in any future application that they might aspire to.

8  MR. FEINBAUM:  Yeah.  I think we'll have to carefully

9  look at whether or not they falsely completed the form

10  or if they had a good faith belief and we simply did

11  not accept their good faith belief.

12  MS. SNYDER:  Right.  Like I said, if we had evidence,

13  strong evidence

14  MR. FEINBAUM:  Right.  Exactly.

15  MS. SNYDER:  So it will be on a case-by-case basis.

16  MR. FEINBAUM:  Yes.

17  MS. ARABO:  Thank you.

18  MS. WARD:  Would it make sense for there to be some

19  sort of list that's kept of those individuals where we

20  feel like we falsified it?  Because oftentimes people

21  will apply to requisitions in different areas.  So

22  like, Fay might not see the same person apply over and

23  over again.  It might go to Fay and then Kristen and

24  then bounce around.  And so -- and then we don't have

25  to have an answer right now, but we might want to

1  think about if there were people where we wouldn't

2  want to pursue their application perhaps having a One

3  Drive Excel file with the names.

4  MS. SNYDER:  Yeah, I think there needs to be certainly

5  communication between Bart and the TA team, you, Libby

6  or Cory or whoever, when these kind of situations do

7  come up, hopefully there will be few and far between

8  where we just absolutely feel like this person is a

9  liar and wouldn't want them in our organization, but

10  if that does happen, there needs to be communication

11  so that everyone is on the same page about the person.

12  MR. FEINBAUM:  Any other questions from the group?

13  MS. SNYDER:  Bart, I'm going to bring up one more

14  thing related to the question that was asked about

15  what if a person applies for religious exemption, gets

16  denied and then tries the medical exemption route.

17  MR. FEINBAUM:  Okay.

18  MS. SNYDER:  Could we just kind of handle it as your

19  religious -- well, I'm thinking out loud now, and now

20  I don't even like what I'm about ready to ask.  Your

21  religious exemption was denied, therefore your offer

22  is being rescinded or something along those lines.  So

23  it doesn't leave it open for them to forum shop, like

24  you said.

25  MR. FEINBAUM:  Uh-hum.

1  MS. SNYDER:  But then that doesn't leave open the

2  possibility that they're willing to get vaccinated

3  instead of missing the opportunity.

4  MR. FEINBAUM:  Right.  Yeah.  I was under the

5  assumption that if the religious exemption was denied,

6  that the offer would be rescinded.  Okay.  And at that

7  point, I think as you said, if they apply again, maybe

8  ask for medical exemption, we'd have to look at it on

9  a case-by-case basis.

10  MS. SNYDER:  I don't know that it will be necessarily

11  rescinded until they confirm that they still will not

12  get the vaccine

13  MR. FEINBAUM:  Right, exactly.

14  MS. SNYDER:  They'll say okay, well, I tried, I'll go

15  get the vaccine.

16  MR. FEINBAUM:  Right.

17  MS. SNYDER:  The offer would still be valid.

18  MR. FEINBAUM:  Yes.  No, I agree with you.

19  MS. BYERS:  I was like, wait, they might change their

20  mind.  I mean, I think till we get some of these under

21  our belt, frankly, we don't know what kind of

22  behaviors we're going to see, right?

23  MR. FEINBAUM:  Yeah.

24  MS. BYERS:  Yeah, you don't rescind out of hand, maybe

25  they'll cave on the vaccine.  Who knows?

1  MR. FEINBAUM:  And then you have to decide how many

2  days are you going to give them.  Are you going to

3  give them like three days or just up until the day

4  before you start to give us proof of the vaccination

5  status?

6  MS. SNYDER:  How do we have it set up right now, that

7  they have to have at least the first -- I'm trying to

8  remember -- we have to have at least the first vaccine

9  dose before they start, 30 days for the second?

10  MS. BEAVERSON:  Yeah, at least one dose before the

11  start date, and they are committing to getting the

12  second if it's a two dose vaccine, within the first 30

13  days of employment.

14  MS. BEAVERSON:  So Hirite is our vendor partner for

15  background check and drug screen.  They have added

16  like C-19 vaccination questionnaire to our background

17  checks.  We can also order them ala carte, and that's

18  what we're doing for this big group that's starting on

19  and after November 1st, the 80 or so, doing a bulk

20  order of the questionnaire for them.  The

21  questionnaire asks them, have you gotten it?  Yes or

22  no?  If no, are you willing to get it?  Yes, no.  And

23  then some information very much like the Appian app

24  where it asks the type that you got, if you got it and

25  what are the dates, and then an opportunity -- well,

1  it's a requirement to upload the card.  So they'll do

2  all of that all over again when they start and they

3  add that information to the Appian as well.  All

4  right.  Well, go ahead, sorry, Bart.

5  MR. FEINBAUM:  I think we're up against our time, but

6  I would be happy to stick around if you have some more

7  questions.  Okay.

8  MS. BEAVERSON:  Thank you very much, both of you for

9  your patience.

10  MS. BYERS:  Thank you.

11  MR. BUSOVICKI:  Yes, thank you very much.

12  MR. FEINBAUM:  Okay.  We'll talk later, I'm sure.

13  MS. BEAVERSON:  Yes, we will

14  MR. FEINBAUM:  Pretty much a guarantee.  All right.

15  Bye-bye.

16  MR. BUSOVICKI:  Thank you.  Have a good day.

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF NOTARY

2  STATE OF MICHIGAN )

3              ) SS

4  COUNTY OF OAKLAND       )

5

6

7          I, CAROLYN GRITTINI, certify that this

8    recording was transcribed by me on the date

9    hereinbefore set forth; that the foregoing recording

10    was recorded by me stenographically and reduced to

11    computer transcription; that this is a true, full and

12    correct transcript of my stenographic notes so taken;

13    and that I am not related to, nor of counsel to,

14    either party nor interested in the event of this

15    cause.

16

17

18

19

20          _____

21

22          CAROLYN GRITTINI, CSR-3381

23          Notary Public,

24          Oakland County, Michigan

25    My Commission expires: July 15, 2029

**1**

**11/1** 4:21
**1st** 13:19

**2**

**25** 6:11

**3**

**30** 13:9,12
**3:30** 5:17

**8**

**80** 13:19

**A**

**able** 2:5 9:14
**about** 2:20 4:5,6 6:12 9:21 11:1,11,14,20
**absolutely** 5:4 11:8
**accept** 2:8,9 8:13 9:19 10:11
**accommodation** 2:9,10 9:7
**accomplished** 9:16
**actually** 4:8 6:12
**add** 14:3
**added** 13:15
**affiliated** 5:23
**after** 2:11 5:5 7:8 9:6 13:19
**again** 8:21 10:23 12:7 14:2
**against** 14:5
**agent** 6:18
**agree** 7:21 12:18
**ahead** 14:4
**ala** 13:17
**ALFORD** 4:16,24 6:4
**allowable** 3:10

**along** 11:22
**already** 2:12 5:1
**also** 5:17 13:17
**always** 7:8
**another** 8:5,12
**answer** 7:9 8:13 9:23 10:25
**answered** 8:4
**any** 3:2,5,23 4:10 7:6,7 8:8 10:7 11:12
**anymore** 3:19
**anyone** 4:12 7:16
**anything** 4:14 6:7
**apologize** 8:4
**app** 13:23
**appear** 5:18
**Appian** 13:23 14:3
**applicants** 9:14
**application** 10:7 11:2
**applies** 11:15
**apply** 2:15 6:12 10:21,22 12:7
**ARABO** 2:25 5:11 6:2,6,15 9:2,4 10:17
**areas** 10:21
**around** 3:20 10:24 14:6
**ask** 11:20 12:8
**asked** 4:5,6 11:14
**asks** 13:21,24
**aspire** 10:7
**assess** 8:14
**assumption** 12:5

**B**

**back** 4:14,16,17 9:12
**background** 3:18 6:6 13:15, 16
**Bart** 3:17 5:1,11 6:20 7:10 8:2 9:5 11:5,13 14:4
**Bart's** 2:19 6:18 7:1

**basis** 3:13 10:5,15 12:9
**BEAVERSON** 4:4,9,12,20 6:17,20 7:4,10,13 8:1 13:10,14 14:8,13
**because** 2:1 4:18 6:10 7:18 8:14 9:5,24 10:20
**been** 2:12 4:4 9:11
**before** 5:3,4 13:4,9,10
**behaviors** 12:22
**behind** 3:18
**being** 5:23 7:16 11:22
**belief** 2:21 10:10,11
**believe** 9:25
**belt** 12:21
**benefit** 8:16
**between** 11:5,7
**big** 3:18
**bit** 9:21
**Blaemelyn** 4:25 8:21
**blanket** 9:23
**bogus** 9:8
**both** 7:2 14:8
**bounce** 10:24
**bring** 11:13
**Bryant** 4:7
**bulk** 13:19
**business** 9:18
**BUSOVICKI** 3:1,5 14:11,16
**Bye-bye** 14:15
**Byers** 8:2 9:4 12:19,24 14:10

**C**

**C-19** 13:16
**call** 4:1 8:5,10
**can** 5:8 7:8 13:17
**can't** 2:20 3:17
**candidate** 5:6

**candidates** 2:11

**cannot** 9:23

**card** 14:1

**carefully** 10:8

**carte** 13:17

**case** 7:14

**case-by-case** 3:13 10:5,15 12:9

**cave** 12:25

**certainly** 10:5 11:4

**change** 12:19

**check** 5:25 13:15

**checks** 13:17

**Christianity** 3:9

**Christy** 6:24

**churches** 5:21

**come** 5:23 9:12 11:7

**committee** 5:7,8 7:14

**committing** 13:11

**communication** 8:24 11:5,10

**completed** 10:9

**conclude** 5:6

**condition** 8:7

**confirm** 12:11

**consider** 8:19

**considered** 10:6

**consistent** 2:14,16

**Correct** 2:24

**Cory** 11:6

**could** 6:4,6 11:18

**couple** 4:22

**course** 9:9

**covered** 5:1

**CSI** 6:17

**curious** 5:11,15

---

**D**

---

**date** 5:3,4 13:11

**dates** 13:25

**day** 13:3 14:16

**days** 4:22 13:2,3,9,13

**decide** 9:6,15 13:1

**decision** 5:2 7:24 8:23 9:1,18

**decisions** 2:14 7:19

**decline** 9:5

**deliverer** 7:23

**denied** 2:23 8:6 11:16,21 12:5

**denies** 8:11

**deposed** 6:8 7:15,16

**depositions** 3:15

**desperately** 2:3

**details** 6:1 9:10

**devil** 6:1

**did** 4:13 8:4 10:10

**different** 8:17 10:21

**documents** 10:1

**does** 5:18 11:10

**doesn't** 11:23 12:1

**doing** 6:2 13:18,19

**don't** 3:4,25 4:10 6:8 8:4 10:24 11:20 12:10,21,24

**done** 3:7,15 4:2

**dose** 13:9,10,12

**double** 5:25

**doubt** 8:16

**down** 5:12

**Drive** 11:3

**drug** 13:15

---

**E**

---

**each** 3:14

---

**EH** 7:2

**EHTA** 6:22

**either** 4:16

**else** 4:12,14

**emerging** 6:22

**employees** 2:16,17

**employment** 13:13

**enjoy** 3:21

**entertaining** 10:3

**Erica** 4:14

**even** 3:11,18 11:20

**ever** 2:15 7:7

**every** 2:4

**everyone** 11:11

**everything** 2:7 5:25

**evidence** 9:25 10:12,13

**exactly** 10:14 12:13

**example** 5:14

**Excel** 11:3

**exemption** 2:23 8:6,14 10:2 11:15,16,21 12:5,8

**exemptions** 4:3 5:3

**expectation** 5:2,5

**expectations** 2:1

**experience** 3:1,4,22

**experts** 4:1

---

**F**

---

**Facebook** 5:18

**facilitating** 7:18

**fact** 5:5

**faith** 10:10,11

**fall** 2:22

**falling** 2:11

**falsely** 10:9

**falsified** 10:1,20

**far** 11:7

**Fay**  10:22,23

**feel**  10:20 11:8

**FEINBAUM**  2:24 3:7,20 4:7,
11 5:4,10,16 6:5,8,19 7:6,12,
21 8:10,25 9:3,15,22 10:8,14,
16 11:12,17,25 12:4,13,16,18,
23 13:1 14:5,12,14

**fence**  7:2

**few**  11:7

**file**  11:3

**fill**  2:3,5

**final**  8:22

**first**  2:13 8:2 13:7,8,12

**fly**  6:4

**follow**  4:23 6:23

**following**  3:20

**forgot**  8:15

**form**  4:8 8:13 10:9

**forms**  7:24

**forum**  8:10 11:23

**four**  4:4,6

**frankly**  9:24 12:21

**friends**  5:14

**from**  3:1,23 4:12 6:13 11:12

**front**  2:2

**fun**  3:21 6:13

**funny**  6:10

**FURCHI**  6:18

**future**  9:12 10:7

### G

**general**  3:10

**gets**  8:6 11:15

**getting**  2:21 8:22 13:11

**give**  4:18,22 8:16 13:2,3,4

**go**  6:19 8:12 10:23 12:14 14:4

**goal**  9:16

**going**  2:8,15,19,22 3:14 4:19,
22 6:9,25 7:1,21,25 8:8,23 9:7,
10,13 11:13 12:22 13:2

**good**  5:16 7:6 10:10,11 14:16

**Google**  5:23

**got**  5:20 6:15 9:4,20 13:24

**gotten**  4:10 13:21

**grant**  9:7

**granted**  9:11

**group**  2:8 3:23 11:12 13:18

**guarantee**  14:14

**guidance**  8:8

**guys**  2:2

### H

**had**  4:8,15,17 10:10,12

**hand**  12:24

**handle**  10:5,6 11:18

**happen**  6:21 11:10

**happy**  7:9 14:6

**has**  4:14 5:17

**have**  2:13,15,16 3:4,13,25 4:4,
15,21,25 5:2 7:7,16 8:7,12,13,
16 9:16,23,25 10:6,8,24,25
12:8 13:1,6,7,8,15,21 14:6,16

**haven't**  4:16,17

**having**  11:2

**he's**  3:18 7:1

**head**  7:11

**helping**  8:3

**hey**  8:2 9:13

**hiring**  10:3

**Hirite**  13:14

**history**  3:6

**hopefully**  5:7 11:7

**hot**  7:25

**how**  2:14,16 5:11 10:5 13:1,6

**hundreds**  2:3 3:15

### I

**I'LL**  12:14

**I'M**  3:8 5:1,11,14,17 6:9 7:21
8:7 9:13 11:13,19,20 13:7
14:12

**I'VE**  3:7,15 6:15

**identifying**  2:5

**important**  2:4,6 7:23

**individuals**  10:4,19

**information**  7:24 13:23 14:3

**instead**  12:3

**interesting**  3:21 6:3

**interview**  5:6 6:7

**interviewing**  5:17 9:6

**interviews**  3:14

**investigators**  6:15

**involved**  7:2

**Islam**  3:9

**issue**  3:3 6:12

**issues**  8:18

**it's**  5:16,19,25 6:2,9,13 7:22
8:2 9:6,11 13:12 14:1

### J

**Judaism**  3:9

**judge**  8:11

**just**  2:18 3:1,12,17,20 4:6
5:11,14,20,25 7:11,18,19,22
8:15,23 9:9,21 11:8,18 13:3

### K

**kept**  10:19

**kind**  2:18 3:5 5:20 6:13 7:1,19
11:6,18 12:21

**kinda**  5:21 6:3

**know**  2:3,6 3:2,5 5:11,12,25
6:3,11,21 8:3 9:2,6,8,10,11
12:10,21

**knows** 12:25

**Kristen** 10:23

---

### L

**last** 7:10

**later** 14:12

**Laura** 8:2 9:2,4

**law** 6:10 8:11

**lead** 2:10

**leader** 5:19 9:9

**leaders** 2:2 5:13,22

**leaning** 8:25

**least** 13:7,8,10

**leave** 3:17 11:23 12:1

**legal** 3:17,18

**Let** 9:21

**let's** 3:24 5:14 9:5,9,12

**liar** 11:9

**Libby** 11:5

**like** 2:19 3:15 4:18 5:14 6:2
8:7,22 9:8 10:12,20,22 11:8,
20,23 12:19 13:3,16,23

**likelihood** 7:15

**likely** 2:10,22

**lines** 2:2 11:22

**list** 10:19

**little** 8:19 9:21

**look** 10:9 12:8

**lots** 6:15

**loud** 11:19

**low** 7:17

---

### M

**major** 3:8,9

**make** 2:14 10:18

**maker** 7:24

**Makes** 7:15

**making** 7:19

**man** 6:18

**many** 13:1

**market** 6:22

**matter** 5:5

**may** 2:10 4:15 8:15,18

**maybe** 12:7,24

**mean** 3:14 8:8,17 12:20

**medical** 2:10 4:3 8:7,14,18
10:2 11:16 12:8

**meet** 5:8

**meeting** 7:8

**members** 7:14

**mentioned** 7:13

**middle** 7:20

**might** 2:9 3:2 7:16 10:7,22,23,
25 12:19

**mind** 12:20

**mini** 3:15

**mirror** 6:25

**Miss** 4:7

**missing** 12:3

**month** 9:12

**more** 4:22 11:13 14:6

**mosques** 5:22

**most** 5:21

**MR** 2:24 3:1,5,7,20 4:7,11 5:4,
10,16 6:5,8,19 7:6,12,21 8:10,
25 9:3,15,22 10:8,14,16 11:12,
17,25 12:4,13,16,18,23 13:1
14:5,11,12,14,16

**MS** 2:1,25 3:4,17,25 4:4,6,9,
12,16,20,24,25 5:9,11 6:2,4,6,
15,17,18,20,25 7:4,5,10,13
8:1,2,21 9:2,4,21,23 10:12,15,
17,18 11:4,13,18 12:1,10,14,
17,19,24 13:6,10,14 14:8,10,
13

**much** 7:14 13:23 14:8,11,14

**my** 4:9 5:6,7,18 7:11 8:13 10:4

**myself** 7:9

---

### N

**name** 5:23

**names** 11:3

**necessarily** 5:3 12:10

**need** 8:19 9:10

**needs** 11:4,10

**no** 5:4 6:9 12:18 13:22

**November** 13:19

**numbers** 4:3

---

### O

**offer** 11:21 12:6,17

**offshoots** 3:12

**oftentimes** 10:20

**oh** 4:6 8:7

**okay** 3:23 4:6,11,24 5:9 7:4,7
9:22 11:17 12:6,14 14:7,12

**one** 2:4 4:7,13,15 5:17 7:10
8:11,12 9:24 11:2,13 13:10

**ones** 4:20 7:6

**only** 4:7

**open** 2:3,4 11:23 12:1

**opinion** 5:18 10:4

**opportunity** 12:3 13:25

**order** 13:17,20

**organization** 2:6 5:24 11:9

**other** 3:23 7:6 11:12

**others** 4:10

**otherwise** 9:19

**outcome** 6:3

**over** 6:11 10:22,23 14:2

**own** 2:16,17

---

### P

**page** 11:11

**part** 5:24 7:16

**partner** 13:14

**past** 3:1,4

**patience** 14:9

**people** 5:12,13 6:17 10:20
11:1

**perhaps** 9:8 11:2

**person** 2:5 4:13,21 5:17 7:20
8:15 10:22 11:8,11,15

**phone** 8:5

**plan** 5:6

**point** 10:4 12:7

**popped** 7:11

**position** 2:4

**possibility** 12:2

**possible** 7:14

**Pretty** 14:14

**probably** 9:17

**process** 2:11,15 5:24 6:21,23,
25 7:5,17 10:6

**project** 4:12

**proof** 13:4

**protect** 7:13

**pursue** 11:2

**pursuit** 10:1

**put** 2:18 5:12

**puts** 8:5

**Q**

**qualified** 9:19

**question** 3:25 4:25 5:16 6:20
7:10 11:14

**questionnaire** 13:16,20,21

**questions** 3:23 7:6,7 11:12
14:7

**quickly** 8:5

**quite** 9:24

**R**

**rather** 4:19

**reach** 4:17 7:8

**reach-out** 4:13

**reach-outs** 4:2

**reaching** 5:7

**ready** 11:20

**real** 5:13 6:13

**realistic** 2:7

**really** 2:19,20 7:18,23 10:2

**reapply** 9:11

**reason** 2:20

**reconsider** 9:14

**related** 11:14

**religion** 8:18

**religions** 3:2,8,9,12

**religious** 2:8,21 3:11 4:3 5:12,
19,22 8:6 9:8 10:1 11:15,19,21
12:5

**remember** 13:8

**reputable** 5:21

**reqs** 2:4

**request** 2:22

**requests** 2:9,10

**requirement** 14:1

**requisitions** 10:21

**rescind** 12:24

**rescinded** 11:22 12:6,11

**research** 3:7 5:20

**right** 2:5 4:1 10:12,14,25 12:4,
13,16,22 13:6 14:4,14

**risk** 7:17

**role** 7:18,22,23

**route** 11:16

**S**

**said** 7:22 9:5 10:12 11:24 12:7

**same** 6:21,23 7:5 10:22 11:11

**say** 2:8 3:8,10 5:14 6:7,9 7:25
8:12,15 9:5,9,12,13,15 12:14

**saying** 3:8 9:4

**School** 6:11

**screen** 13:15

**scrutinizing** 2:19

**seat** 7:25

**second** 13:9,12

**secret** 6:18

**see** 10:22 12:22

**selected** 2:12

**sense** 10:18

**sent** 4:14,16,17

**set** 13:6

**share** 8:24

**she** 5:18 9:5

**shop** 11:23

**shopping** 8:11

**should** 3:21 4:17 10:2

**side** 6:22

**sides** 7:2

**simply** 10:10

**since** 3:25

**site** 5:18

**situations** 11:6

**skeptically** 8:19

**SNYDER** 2:1 3:4,17,25 4:6
6:25 7:5 9:21,23 10:12,15
11:4,13,18 12:1,10,14,17 13:6

**so** 2:18 3:16,21,23 4:13,21
5:19 6:9,13 7:20,25 10:4,15,
21,24 11:11,22 13:14,19 14:1

**some** 2:11 3:7 10:18 12:20
13:23 14:6

someone  2:20 8:5 9:5,24

something  8:11,22 11:22

soon  4:19

sorry  5:1 7:10 14:4

sort  10:19

speak  7:20

spending  8:3

spiritual  5:19 9:9

start  5:3,4 13:4,9,11 14:2

starting  4:19,20,21 13:18

status  13:5

stick  14:6

still  12:11,17

straddle  7:1

strong  10:13

strongly  9:25

sure  9:22 14:12

synagogues  5:22

                T

TA  7:16 8:3,8 11:5

take  3:13 8:5

talk  6:11 9:21 14:12

talked  4:13

talking  2:19

teach  6:10

teachings  3:11

team  2:1 4:12 6:16,22 8:3,9
11:5

terms  4:2 5:16

textbook  6:13

thank  5:9 8:1 10:17 14:8,10,
11,16

thanks  8:2

that  2:12,18 3:2,10,24 4:4,6,
12,13,20,21 5:2,13,21,24 7:16,
17 8:8,10,13,20,24 9:7,11,15,
21,24,25 10:4,7 11:10,11,14
12:1,2,5,6,10,11 13:6,24 14:2,

3

that's  2:25 4:9 5:5 9:3 10:19
13:17,18

their  2:20,22 3:11 5:3,12,22,23
10:11 11:2 12:19

them  4:17,18 8:16,18,24 9:6,7,
17,19 10:3 11:9,23 13:2,3,17,
20,21

then  2:21 4:22 9:16 10:23,24
11:16 12:1 13:1,23,25

there  2:18 3:1,12 4:4 6:19
10:18 11:1,4,7,10

therefore  11:21

these  2:14 3:14 5:2,13 9:14
11:6 12:20

they  4:16 6:23,25 7:14 8:21,22
9:11,12,15,19,25 10:6,7,9,10
12:7,11,19 13:7,9,11,15 14:2

they'll  12:14,25 14:1

they're  2:22 4:18 5:13 8:7,17
9:19 10:3 12:2

they've  2:12 4:10

thing  11:14

think  3:12,14 4:10,14 5:21 7:7,
17 8:4,16,17,19,25 9:17,23
10:8 11:1,4 12:7,20 14:5

thinking  9:4 11:19

this  2:1,7,10,15 3:2,7 4:25 5:1,
6,17 6:12,15,20 7:8,17,18 8:4,
21 10:6 11:8 13:18

those  3:11,16 9:10 10:19
11:22

though  3:18

three  3:9 13:3

tie  2:20

till  12:20

time  8:3 14:5

timeline  4:18

tomorrow  5:8

Torney  6:24

total  4:2,4

totally  2:25 8:17

training  6:17

treat  2:17

Tricia  6:20 7:9

tried  12:14

tries  11:16

trustworthy  10:3

trying  2:3 13:7

turn  8:15

turned  4:8

two  8:17 13:12

type  13:24

                U

Uh-hum  11:25

under  3:11 12:4,20

understandable  2:25

understanding  4:9

unfortunate  2:13

unfortunately  6:9

until  12:11 13:3

up  4:23 5:23 11:7,13 13:3,6
14:5

upload  14:1

us  8:3 13:4

used  6:10

                V

vaccinated  9:17 12:2

vaccination  13:4,16

vaccinations  3:10

vaccine  2:21 9:13,16,20
12:12,15,25 13:8,12

valid  12:17

VELA  4:25 5:9 8:21

vendor  13:14

verbal  8:23,25

very  2:7 6:12 7:22 13:23 14:8,

DOMSKI v BLUE CROSS BLUE SHIELD OF MICHIGAN
TRANSCRIPT, MEETING 10/12/2021

11

**view** 7:22 8:18

---

## W

**wait** 8:7 12:19

**wall** 6:4

**want** 2:7,18 6:3,8 10:25 11:2,9

**wanting** 7:13

**WARD** 10:18

**was** 4:22 9:8 11:14,21 12:4,5, 19

**we'd** 12:8

**we'll** 5:2 7:9 10:8 14:12

**we're** 2:8,18 7:19 9:7,9 12:22 13:18 14:5

**welcome** 5:10

**well** 3:20,23 7:3,7 8:10,14,15 9:15 11:19 12:14 13:25 14:3,4

**were** 11:1

**what** 6:2 7:15,21 8:5 9:4 11:15,20 12:21 13:18,25

**when** 5:12 6:10 11:6 14:2

**where** 4:1 10:19 11:1,8 13:24

**whether** 9:18 10:9

**which** 5:24

**while** 7:22

**who** 4:7 12:25

**whoever** 11:6

**willing** 12:2 13:22

**wish** 6:4 9:18

**within** 13:12

**witness** 6:9

**wonder** 7:15

**work** 7:2

**working** 2:2 6:23

**world** 6:14

**would** 3:8 5:21 6:11 7:25 8:12, 13 9:15,17 10:4,6,18 12:6,17 14:6

**wouldn't** 11:1,9

**writing** 8:22

---

## Y

**yeah** 3:5,7,20 4:9,16,20 6:2,5, 6 7:12 8:10 9:3 10:8 11:4 12:4, 23,24 13:10

**years** 6:11

**Yep** 5:10

**Yes** 7:21 10:16 12:18 13:21,22 14:11,13

**yet** 4:10

**you're** 5:10 6:2 7:24,25

**you've** 4:2 5:20

**your** 3:6 5:20 7:22 11:18,20,21 14:9

---