UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

            Plaintiff,              Case Number 23-12023

v.                                        Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF MICHIGAN,

            Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously answer the questions submitted as follows:

**ITEM NO. 1, LIABILITY**

    A.    On the claim by the plaintiff against the defendant for unlawful discrimination under federal law by denying her request for an accommodation consisting of an exemption to the defendant's policy that all employees be vaccinated against COVID-19 based on a sincerely held religious belief, we the jury find in favor of:

           __X__    Plaintiff Lisa Domski

           _____    Defendant Blue Cross Blue Shield of Michigan

    B.    On the claim by the plaintiff against the defendant for unlawful discrimination under Michigan and federal law by terminating her employment because of her religion, we the jury find in favor of:

           __X__    Plaintiff Lisa Domski

           _____    Defendant Blue Cross Blue Shield of Michigan

[Continue on next page.]

If you found for the plaintiff against the defendant on item A through B, continue on to Item No. 2. and Item No. 3. If you find for the defendant on both items above, stop.

ITEM NO. 2, COMPENSATORY PAST DAMAGES:

We find that the plaintiff:

__X__ suffered back pay damages in the amount of $ 315,000
(State the amount, or, if none, write the word "none.")

__X__ suffered front pay damages in the amount of $ 1.375 Million
(State the amount, or, if none, write the word "none.")

__X__ suffered non-economic damages in the amount of
$ 1 Million (State the amount, or, if none, write the word "none.")

____ suffered no actual damages.

ITEM NO. 3, PUNITIVE DAMAGES:

You may not award punitive damages unless you have first found against the defendant in Item No. 1, above.

We assess punitive damages against defendant as follows:

$ 10 Million . [state the amount or, if none, write the word "none"].

Dated: November 8, 2024

s/ Jury Foreperson

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.