UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

        Plaintiff,

v.                                                      Criminal Case Number 23-12023
                                                      Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF MICHIGAN,

        Defendant.

_____/

### ORDER SETTING DEADLINES FOR POST-TRIAL MOTIONS

On November 8, 2024, the jury returned a verdict in favor of the plaintiff. After the Court discharged the jury, the Court announced from the bench a deadline for the parties to file motions addressing any modifications of the jury verdict before judgment is enters. The defendant also may move for renewal of its motion for judgment as a matter of law.

Accordingly, it is **ORDERED** that the parties may file motions relating to the amount of damages that should be included in the judgment, and the defendant may renew its motion for judgment as a matter of law, **on or before November 17, 2024**. Response briefs must be filed **on or before November 24, 2024**.

                                                                         s/David M. Lawson
                                                                         DAVID M. LAWSON
                                                                           United States District Judge

Dated: November 8, 2024