```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

 Lisa Domski,

                         Plaintiff,

 -v-                                        Case No. 23-12023

 Blue Cross Blue Shield of Michigan,

                         Defendant.
 _____/

                    JURY TRIAL - VOLUME 5
                       November 8, 2024

          BEFORE THE HONORABLE DAVID M. LAWSON
                 United States District Judge

     Theodore Levin United States District Courthouse
                231 West Lafayette Boulevard
                      Detroit, Michigan


 APPEARANCES:

 FOR THE PLAINTIFF:     JONATHAN R. MARKO
                        Marko Law
                        1300 Broadway, Suite 500
                        Detroit, Michigan  48236
                           and
                        NOAH S. HURWITZ
                        Hurwitz Law PLLC
                        340 Beakes Street, Suite 125
                        Ann Arbor, Michigan  48104

 FOR THE DEFENDANT:     BRANDON C. HUBBARD
                        NOLAN JOHN MOODY
                        MAUREEN J. MOODY
                        Dickinson Wright PLLC
                        123 West Allegan Street, Suite 900
                        Lansing, Michigan  48933


            To Obtain a Certified Transcript Contact:
           Rene L. Twedt, CSR-2907, RDR, CRR, CRC
                    www.transcriptorders.com
```

**TABLE OF CONTENTS**

**MATTER** _____ **PAGE**

 **JURY TRIAL - VOLUME 5**

Jury Verdict............................................  5
Polling of the Jury.....................................  6
Discussion Re: Briefing Schedule........................  8


**EXHIBITS RECEIVED**

NONE


**CERTIFICATE OF COURT REPORTER**..........................  10

```
 1  Detroit, Michigan
 2  November 8, 2024
 3  1:35 p.m.
 4                         *     *     *
 5          THE CLERK:  All rise.  The United States District
 6  Court for the Eastern District of Michigan is now in session,
 7  the Honorable David M. Lawson presiding.
 8          THE COURT:  You may be seated.
 9          THE CLERK:  Now calling the case of Lisa Domski
10  versus Blue Cross Blue Shield of Michigan, Case Number
11  23-12023.
12          THE COURT:  Good afternoon, counsel.  The record
13  should reflect that the attorneys and parties are present.
14  The jury is not present.
15          I have a note from the jury that they have reached a
16  unanimous verdict.
17          Is the plaintiff ready for the verdict?
18          MR. MARKO:  Yes, your Honor.
19          THE COURT:  Excuse me?
20          MR. MARKO:  Yes, your Honor.
21          THE COURT:  We're not standing anymore, Mr. Marko?
22          MR. MARKO:  Sorry.
23          Yes, your Honor.
24          THE COURT:  Is the defendant ready for the verdict?
25          MR. HUBBARD:  Yes, your Honor.
```

```
 1              THE COURT:  All right.  Do you have a preference as
 2    to whether the jury -- about polling the jury that you would
 3    like to express now or would you rather wait to hear the
 4    verdict?
 5              MR. MARKO:  We will wait to hear the verdict.
 6              THE COURT:  All right.  Mr. Hubbard?
 7              MR. HUBBARD:  We will hear the verdict first and then
 8    decide, your Honor, if we may.
 9              THE COURT:  Okay.  Fine.
10              Mr. Beyer, would you bring in the jury, please?
11              THE CLERK:  All rise for the jury.
12        (Jury entered courtroom at 1:38 p.m.)
13
14              THE COURT:  You may be seated.
15              Good afternoon, ladies and gentlemen.
16              JURORS COLLECTIVELY:  Good afternoon.
17              THE COURT:  I have a note from your foreperson
18    indicating that you have reached a unanimous decision.
19              Would the foreperson please stand?
20              Ms. Weller, has the jury reached a verdict?
21              JURY FOREPERSON:  Yes.
22              THE COURT:  Is it unanimous?
23              JURY FOREPERSON:  Yes.
24              THE COURT:  Have you filled out and completed the
25    verdict form?
```

```
 1              JURY FOREPERSON:  Yes.
 2              THE COURT:  Did you sign and date it?
 3              JURY FOREPERSON:  Yes, I am pretty sure.  Yep.
 4              THE COURT:  All right.  Would you hand the verdict
 5   form to the clerk, please?
 6              You can stay right there and you may be seated.
 7              JURY FOREPERSON:  Thank you.
 8              THE COURT:  Members of the jury, I'm going to have
 9   your verdict published in open court.  That means the clerk
10   will read the verdict into the record.
11              I would like you to listen carefully in case anyone
12   would like you to be polled; that is, I will ask each one of
13   you if this is your individual verdict to ensure unanimity for
14   the record.
15              Would you please publish the verdict?
16              THE CLERK:  We the jury unanimously answer the
17   questions submitted as follows:
18              Item Number 1:  Liability.
19              On the claim by plaintiff -- by the plaintiff against
20   the defendant for unlawful discrimination under federal law
21   by denying her request for an accommodation consisting of
22   an exemption to the defendant's policy that all employees
23   be vaccinated against COVID-19 based on sincerely held
24   religious belief, we the jury find in favor of:  Plaintiff
25   Lisa Domski.
```

1              On the claim by the plaintiff against the defendant
2    for unlawful discrimination under Michigan and Federal law by
3    terminating her employment because of her religion, we the
4    jury find in favor of:  Plaintiff Lisa Domski.
5              Item Number 2:  Compensatory Past Damages.
6              We find that the plaintiff suffered back-pay damages
7    in the amount of $315,000.
8              Suffered front-pay damages in the amount of $1.375
9    million.
10             Suffered non-economic damages in the amount of
11   $1 million.
12             And then:  We assess punitive damages against
13   defendant as follows:  $10 million.
14             Signed by the foreperson, dated November 8, 2024.
15             THE COURT:  Thank you, Mr. Beyer.
16             Would the plaintiff like the jury polled?
17             MR. MARKO:  No, your Honor.
18             THE COURT:  Defense?
19             MR. HUBBARD:  Yes, your Honor.
20             THE COURT:  All right.
21             Juror Number 1, Xiangying Su, was that and is that
22   your verdict on all issues?
23             JUROR NUMBER 1:  Yes.
24             THE COURT:  Juror Number 2, Foreperson Jennifer
25   Weller, was that and is that your verdict as to all issues?

```
 1                   JUROR NUMBER 2:  Yes.
 2                   THE COURT:  Juror Number 3, Tara Lynn Martin-Connin,
 3    was that and is that your verdict as to all issues?
 4                   JUROR NUMBER 3:  Yes.
 5                   THE COURT:  Juror Number 4, Matthew Williams, was
 6    that and is that your verdict as to all issues?
 7                   JUROR NUMBER 4:  Yes.
 8                   THE COURT:  Juror Number 5, Shana Annise Lewis Rowls,
 9    was that and is that your verdict as to all issues?
10                   JUROR NUMBER 5:  Yes.
11                   THE COURT:  Thank you.
12                   Juror Number 6, Harman Kaur Tur, was that and is that
13    your verdict as to all issues?
14                   JUROR NUMBER 6:  Yes.
15                   THE COURT:  Juror Number 7, Heidi Ann Bennett, was
16    that and is that verdict as to all issues?
17                   JUROR NUMBER 7:  Yes.
18                   THE COURT:  Juror Number 8, Barbara Anne Bashi, was
19    that and is that your verdict as to all issues?
20                   JUROR NUMBER 8:  Yes.
21                   THE COURT:  Juror Number 9, Brooke Cecelia Johnson,
22    was that and is that your verdict as to all issues?
23                   JUROR NUMBER 9:  Yes.
24                   THE COURT:  Thank you.
25                   The jury polling indicates that the verdict is
```

1 unanimous. I will instruct the clerk to record and file the
2 verdict.
3          Members of the jury, thank you very much for your
4 service on behalf of the United States Courts.
5          I'm going to ask you to return to the jury room and
6 remain there for a few minutes, and I'll come in and have some
7 words with you then. Once again, thank you.
8          And you may escort the jury out, Mr. Beyer.
9          THE CLERK: All rise for the jury.
10     (Jury left the courtroom at 1:42 p.m.)
11
12          THE COURT: You may be seated.
13          I would like to enter judgment promptly; however,
14 there may be some adjustments to the verdict that are required
15 by law under Title VII and the concomitant damages statutes.
16          If anyone would care to address that, then I would
17 like your memoranda -- briefs, actually -- filed on or before
18 the 17th of November.
19          Is there anything further from the plaintiff today?
20          MR. MARKO: No, Judge. Thank you for -- no, your
21 Honor. Thank you for your presiding over the trial.
22          THE COURT: That's my job.
23          MR. MARKO: Mine too. I understand.
24          THE COURT: Anything further from the defendant?
25          MR. HUBBARD: Your Honor, we had a pending motion

1  that we made that your Honor has reserved a decision on
2  pending the verdict.
3          How would your Honor like us to proceed in that
4  regard?
5          THE COURT:  Well, I imagine you will probably want to
6  brief that, so I'll allow you to renew your Rule 50 motion by
7  the same deadline.
8          MR. HUBBARD:  By the 17th?
9          THE COURT:  Yes.
10         MR. HUBBARD:  Understood.  Thank you.
11         THE COURT:  Anything else?
12         MR. HUBBARD:  No.
13         THE COURT:  All right.  Court is in recess.
14         MR. MARKO:  We will have an opportunity to file a
15  response following the 17th, your Honor?
16         THE COURT:  Yes, but you know --
17         MR. HURWITZ:  Your Honor, I can make it --
18         THE COURT:  Is there a problem with setting a
19  seven-day response time for the 24th or is that pressing
20  you too much?
21         MR. HURWITZ:  That would be -- seven days would be
22  fine.
23         THE COURT:  Okay.  Fine.  All right.  We will do
24  that.
25         You may recess court.

1     MR. MARKO:  Thank you to your court staff.
2     THE CLERK:  All rise.  Court is now in recess.
3     (Proceedings adjourned at 1:45 p.m.)
4                     *     *     *
5
6            **CERTIFICATE OF COURT REPORTER**
7
8     I certify that the foregoing is a correct transcript
9  from the record of proceedings in the above-entitled matter.
10
11        _____*s/ Rene L. Twedt*_____        **November 13, 2024**
    RENE L. TWEDT, CSR-2907, RDR, CRR, CRC        Date
12       Federal Official Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25