# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LISA DOMSKI, | Case No. |
| Plaintiff, | 2:23-cv-12023 |
| v. | Hon. David M. Lawson |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

### JOINT NOTICE OF JUDGE STEVEN J. MURPHY'S ORDER STAYING PROCEEDINGS PENDING RESOLUTION AND FORTHCOMING DISMISSALS

### --AND--

### THE PARTIES' CORRESPONDING REQUEST TO STAY PROCEEDINGS PENDING RESOLUTION AND FORTHCOMING DISMISSAL

The Parties, through their respective counsel of record, submit this Joint Notice of Judge Steven J. Murphy's Order Staying Proceedings Pending Resolution and Forthcoming Dismissals, as well as their Corresponding Request to Stay Proceedings Pending Resolution and Forthcoming Dismissal, and state as follows:

1. Undersigned counsel for Plaintiffs filed in the Eastern District of Michigan more than 100 lawsuits against Blue Cross Blue Shield of Michigan and its affiliated and subsidiary companies (the "Related Cases").

2. To help facilitate a global resolution of the Related Cases, the Parties and their counsel requested that Honorable Steven J. Murphy, who presides over discovery of nearly all of the Related Cases, issue a stay of discovery and other deadlines for 75-days, pending a final settlement and corresponding dismissal of the Related Cases.

3. Accordingly, on February 5, 2025, the Honorable Steven J. Murphy granted the Parties a 75-day stay, *see* Case 22-cv-12576-SJM-DRG, ECF No. 88, PageID.2593 (attached as **Exhibit A**), and ordered that "any and all deadlines, as may be applicable, are hereby adjourned for the duration of the 75-day stay period . . . all status conferences and hearing dates, as may be applicable, are hereby adjourned for the duration of the 75-day stay period . . . [and] all future dates in any scheduling orders otherwise entered are hereby adjourned for the duration of the 75-day stay period."

4. Judge Murphy also ordered the Parties' counsel to "file notifications of [the Stay] Order with all Eastern District of Michigan judges presiding over the Related Cases." *Id.*

5. Pursuant to Judge Murphy's February 5, 2025 Order Staying Proceedings Pending Resolution and Forthcoming Dismissals, the Parties' counsel hereby file this Notice with the Court, and respectfully request that the Court enter a stay of proceedings consistent with the Order attached as **Exhibit A**.

Respectfully submitted:

By: /s/ *Brandon C. Hubbard*
Scott R. Knapp (P61041)
Brandon C. Hubbard (P71085)
Nolan J. Moody (P77959)
Maureen J. Moody (P85032)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
sknapp@dickinsonwright.com
bhubbard@dickinsonwright.com
nmoody@dickinsonwright.com
mmoody@dickinsonwright.com

*Attorneys for Defendants*

/s/ *Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
340 Beakes St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
Noah@hurwitzlaw.com

*Attorney for Plaintiffs*

Dated: February 13, 2025