UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

          Plaintiff,

v.                                               Case Number 23-12023
                                                   Honorable David M. Lawson
BLUE CROSS BLUE SHIELD OF MICHIGAN,

          Defendant.
_____/

## ORDER DENYING REQUEST TO STAY PROCEEDINGS

On February 13, 2025, the parties filed a request for the Court to stay proceedings by approximately 75 days based on settlement negotiations that apparently are in progress. The filing references an order issued by the Honorable Stephen J. Murphy III on February 5, 2025 that appears to stay proceedings in the related cases pending trial in this District involving similar allegations against the defendant. The Court will deny the parties' request. As the Court has made clear previously, although Judge Murphy presided over discovery disputes arising from this matter early in the case, this case has not formally been consolidated with any of the related matters. In fact, the case has proceeded through trial to verdict, and post-trial motions have been fully briefed and argued. The Court is prepared to rule on the motions that remain pending and does not find that a 75-delay is reasonable or justified. Under the circumstances, the parties' options are to wait for the Court's decision on the motions, formally withdraw their motions, or file a stipulation to dismiss the case in light of a purported settlement.

Accordingly, it is **ORDERED** that the parties' request to stay the proceedings (ECF No. 134) is **DENIED**.

                                                                            s/David M. Lawson
                                                                            DAVID M. LAWSON
Dated: February 20, 2025                                   United States District Judge