# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LISA DOMSKI,

    Plaintiff,                        Case No. 2:23-cv-12023

v.                                  Hon. David M. Lawson

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

    Defendant.

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| HURWITZ LAW PLLC | Nolan J. Moody (P77959) |
| *Attorneys for Plaintiff* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | DICKINSON WRIGHT PLLC |
| Ann Arbor, MI 48104 | *Attorneys for Defendant* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| Noah@hurwitzlaw.com | Lansing, MI 48933 |
| Grant@hurwitzlaw.com | (517) 371-1730 |
| | sknapp@dickinsonwright.com |
| Jonathan R. Marko (P72450) | bhubbard@dickinsonwright.com |
| MARKO LAW, PLLC | nmoody@dickinsonwright.com |
| *Attorneys for Plaintiff* | zpelton@dickinsonwright.com |
| 220 W. Congress, 4th Floor | |
| Detroit, MI  48226 | |
| (313) 777-7529 | |
| jon@markolaw.com | |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR REMITTITUR (ECF NO. 131)**

At the hearing on Defendant's Motion for Remittitur, held before this Honorable Court on January 24, 2025, Plaintiff's counsel referenced other cases wherein there was substantial non-economic damage awards that were upheld by both federal and state courts. Plaintiff's counsel provided the Court with a summary sheet of those cases. This Court instructed counsel that he could file the sheet into the record.

Attached as **Exhibit 1** is the summary sheet referenced and produced at the hearing.

Respectfully submitted,

*/s/ Jonathan R. Marko*
Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7529 / Fax: (313) 470-2011
Email: jon@markolaw.com

Date: February 23, 2025

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **February 23, 2025**, via:

☐ U.S. Mail         ☐ Fax
☐ Hand Delivered    ☐ Overnight Carrier
☐ Certified Mail    ☐ Other: Mi-FILE Truefiling
☒ ECF System        ☐ Email

*/s/ Melinda S. Morisset*

# EXHIBIT 1

|  | Economic Award | Non-Economic Award |
|---|---|---|
| *Rushing v Dep't of Corr*, ___NW2d___; 2024 Mich. App. LEXIS 4721 (Ct App, June 20, 2024), lv den 2024 Mich. LEXIS 2365 (Mich., Dec. 26, 2024) | $ 402,202.00 | $ 867,750.00 |
| *Griffey v Dep't of Corrections*, ___NW2d___; 2022 Mich. App. LEXIS 4265 (Ct App, July 21, 2022) | $ 2,782,189.00 | $8,650,000.00 |
| *Hester v Dep't of Corrections*, ___NW2d___; 2014 Mich. App. LEXIS 1038 (Ct App, June 5, 2014) | $2,000.00 | $450,000.00 |
| *Jenkins v Southeastern Mich Chapter, American Red Cross*, 141 Mich App 785, 799; 369 NW2d 223 (1985) | $362,000.00 | $ 488,000.00 |
| *Osorio v Source Enterprises*, ___F Supp 2d___; 2007 U.S. Dist. LEXIS 18725, at *4-6 (SDNY, Mar. 2, 2007) | $ 372,544.15 | $ 4,000,000.00 |
| *Olsen v Toyota Technical Ctr*, ___NW2d___; 2002 Mich. App. LEXIS 2323, at *1 (Ct App, Dec. 27, 2002) | $ 1,060,600 **reduced to** $ 772,512.13 (workers comp, set off, offset for SSDB) | $6,000,000.00 ($5 mil for PWDCRA claim; $1 mil loss of consortium) |