UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

      Plaintiff,                      Case No. 2:23-cv-12023

v.                                    Hon. David M. Lawson

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

      Defendant.

_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiff Lisa Domski, and Defendant Blue Cross Blue Shield of Michigan, to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiff and against Defendant in the above-captioned action with prejudice and without interest, costs, or attorneys' fees to any party.

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| Brendan J. Childress (P85638) | Nolan J. Moody (P77959) |
| HURWITZ LAW PLLC | Maureen J. Moody (P85032) |
| *Attorneys for Plaintiff* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | Grant W. Hohlbein (P86319) |
| Ann Arbor, MI 48104 | *Attorneys for Defendant* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| noah@hurwitzlaw.com | Lansing, MI 48933 |
| grant@hurwitzlaw.com | (517) 371-1730 |
| brendan@hurwitzlaw.com | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |