UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA DOMSKI,

          Plaintiff,

v.                                                             Case Number 23-12023
                                                              Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF MICHIGAN,

          Defendant.
_____/

## ORDER VACATING VERDICT, DISMISSING CASE, AND DISMISSING PENDING MOTIONS AS MOOT

On November 8, 2024, a jury returned a verdict in favor of the plaintiff on all of her claims against the defendant. Several post-trial motions remain pending. The parties now have filed a stipulation indicating that they have resolved the case and ask the Court to dismiss it with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court therefore will vacate the verdict and dismiss the case.

Accordingly, it is **ORDERED** that the jury verdict (ECF No. 122) is **VACATED**, the defendant's renewed motion for judgment as a matter of law or for a new trial (ECF No. 127) and the defendant's motion for remittitur (ECF No. 128) are **DISMISSED as moot**, and the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                                               s/David M. Lawson
                                                               DAVID M. LAWSON
                                                               United States District Judge

Dated: April 29, 2025